| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) James Slater SBN 111779 Slater Legal PLLC 2296 Henderson Mill Road 116 Atlanta, GA 30345 ATTORNEY FOR  Plaintiff | TELEPHONE NUMBER 305-523-9023 | FOR COURT USE ONLY |
|---|---|---|
| NORTHERN DISTRICT, SAN JOSE 280 S First St San Jose, CA 95113 | | |
| SHORT TITLE OF CASE: Goldberg, Miriam v. Kiselev, Ilya | | |
| DATE:      TIME:      DEP./DIV. | | CASE NUMBER: 3:24-cv-04525 |
| **Declaration of Service** | | Ref. No. or File No: |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and

not a party to the within entitled action. I served the: **Complaint; Civil Cover Sheet; Summons; Standing Order; Standing Order; Standing Order; Informational Packet; Magistrate Judge Informationn; Efiling Guide; Case Management Order**

On: **TeachBK, Inc.**

**3226 Meridian Way, #1224  Rocklin, CA 95765**

In the above named action by delivering to and leaving with:

**Illya Kiselev**  Whose title is: **Administrator**

On: **8/8/2024**          Date: **05:55 PM**

Fees paid: **$0.00**

Person attempting service:
   a. Name: **Kenny Woo**
   b. Address: **507 Polk Street Suite 320, San Francisco, CA 94102**
   c. Telephone number: **415-546-6000**
   d. The fee for this service was:
   e. I am an independent contractor

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.


WHEELS of JUSTICE
happiness is serving you

Kenny Woo                             Date: 08/09/2024

Declaration of Service                                Invoice #: 10101171-02