FILED

AUG 22 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
### for the
Northern District of California

Miriam Goldberg,

)
)
)
)
_____ )
*Plaintiff(s)*
v.
)
)
)   Civil Action No.  3:24-cv-04525-LJC
)
TeachBK, Inc., et al.
)
)
)
_____ )
*Defendant(s)*
)

## **MOTION TO EXTEND TIME TO FILE ANSWER**

Defendant, TeachBK, Inc., et al, asks the Court to extend their time to file an answer to the Plaintiffs' Complaint in the above-style matter.  Defendant is seeking legal assistance concerning this matter, but due to time limitations, Defendants have not been given the opportunity to adequately consult with an attorney, and for this reason requests the extension of time to respond. Further, the Plaintiff's attorneys' do not oppose to the additional time. Please see **Ex. A**

**WHEREFORE**, Defendant TeachBK, Inc., et al, requests that this Court enlarge the time for filing him/her/their response.

### **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of this document has been emailed to the attorneys on record for Plaintiff: ethan@ejacobslaw.com on August 22, 2024

August 22, 2024,

Ilya Kiselev

Andrei Burtsev

# EXHIBIT A

Gmail - Re: Case 3:24-cv-4525

 Gmail

Andrey Burtsev <burtsev.andrey@gmail.com>

## Re: Case 3:24-cv-4525
1 письмо

**James M. Slater** <james@slater.legal>                                                      20 августа 2024 г. в 06:50
Кому: Andrey Burtsev <burtsev.andrey@gmail.com>
Копия: ethan@ejacobslaw.com, Илья Киселев <reklama.kiselev@yandex.ru>, info@teachbk.com

Greetings,

We do not oppose a request for a 30-day extension; however, you should direct your request to the Court. You can note if or when you make such a request that the Plaintiff does not oppose a 30-day extension of time to respond to the Complaint.

I am also directing you to the link for pro se litigants here: https://www.cand.uscourts.gov/pro-se-litigants/. I cannot provide you with any legal or other advice, and you should direct any questions you have to the Clerk's Office.

Regards,

James Slater

Slater Legal PLLC

slater.legal

Atlanta Office/Mailing Address

2296 Henderson Mill Rd. N.E. #116

Atlanta, GA 30345

Tel. (404) 458-7283

Tallahassee Office

113 S. Monroe Street

Tallahassee, FL 32301

Please additionally grant a 30-day delay to respond to your claim for Andrei Burtsev, Ilya Kiselev, TeachBK inc

On Mon, Aug 19, 2024 at 7:52PM Andrey Burtsev <burtsev.andrey@gmail.com> wrote:
: Hello. At the moment, we are looking for a lawyer to answer your claim - Case 3:24-cv-4525
: (Case 3:24-cv-04525-LJC)