Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845

James M. Slater (admitted *pro hac vice*)
james@slater.legal
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283

*Attorneys for Plaintiff*
*Miriam Goldberg*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GOLDBERG, a/k/a Marina Sokolovskaya, <br><br> Plaintiff, <br><br> v. <br><br> TEACHBK, INC., ILYA KISELEV and ANDREI BURTSEV, <br><br> Defendants. | Case No.: 3:24-cv-04525 <br><br> **PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME** |

Pursuant to the Court's Order [ECF No. 19], Plaintiff Miriam Goldberg provides notice of her non-opposition to Defendants' Motion for Extension of Time to respond to the Complaint. [ECF No. 18].

Dated: August 27, 2024

        Respectfully submitted,

        */s/ James M. Slater*

        Ethan Jacobs (SBN 291838)
        ETHAN JACOBS LAW CORPORATION
        100 Pine Street, Suite 1250
        San Francisco, California 94111
        Tel.: (415) 275-0845
        ethan@ejacobslaw.com

        James M. Slater (admitted *pro hac vice*)
        SLATER LEGAL PLLC
        2296 Henderson Mill Rd. N.E. #116
        Atlanta, Georgia 30345
        Tel.: (404) 458-7283
        james@slater.legal

        *Attorneys for Plaintiff Miriam Goldberg*

# CERTIFICATE OF SERVICE

I, James M. Slater, hereby certify that the following is true and correct:

On August 27, 2024, I served following document(s):

1. **PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME;**
2. **ORDER DENYING MOTION FOR EXTENSION OF TIME WITHOUT PREJUDICE**

on the person(s) listed below by U.S. Mail:

| | |
|---|---|
| Andrei Burtsev | Ilya Kiselev |
| 3226 Meridian Way Apt. 1427 | 3226 Meridian Way Apt. 1224 |
| Rocklin, CA 95765 | Rocklin, CA 95765 |

I declare under the penalty under the laws of the United States of America that the foregoing is true and correct.

*James Slater*