Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845

James M. Slater (admitted *pro hac vice*)
james@slater.legal
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283

*Attorneys for Plaintiff*
*Miriam Goldberg*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GOLDBERG, a/k/a Marina Sokolovskaya,<br><br>    Plaintiff,<br><br>v.<br><br>TEACHBK, INC., ILYA KISELEV and ANDREI BURTSEV,<br><br>    Defendants. | Case No.: 3:24-cv-04525<br><br>**CERTIFICATE OF SERVICE OF COURT ORDER** |

1

CERTIFICATE OF SERVICE

I, James M. Slater, hereby certify that the following is true and correct:

On August 29, 2024, I served following document(s):

**1. PAPERLESS ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME [ECF NO. 21]**

on the person(s) listed below by U.S. Mail:

Andrei Burtsev
3226 Meridian Way Apt. 1427
Rocklin, CA 95765

Ilya Kiselev
3226 Meridian Way Apt. 1224
Rocklin, CA 95765

I declare under the penalty that the foregoing is true and correct.

Dated: August 29, 2024

Respectfully submitted,

*/s/ James M. Slater*

Ethan Jacobs (SBN 291838)
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845
ethan@ejacobslaw.com

James M. Slater (admitted *pro hac vice*)
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283
james@slater.legal

*Attorneys for Plaintiff Miriam Goldberg*