**LAW OFFICES OF ALLA V. VOROBETS**
Alla V. Vorobets, SBN 258586
*avorobets@vorobetslaw.com*
Celia R. Bernal, SBN 150063
*cbernal.vorobetslaw@gmail.com*
9270 Madison Avenue
Orangevale, CA 95662
Tel: (916) 966-8529
Fax: (916) 966-8527
Email: avorobets@vorobetslaw.com

Attorney for Defendants
TEACHBK, INC., ILYA KISELEV, and
ANDREI BURTSEV

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GOLDBERG, a/k/a Marina Sokolovskaya,<br><br>Plaintiff,<br><br>vs.<br><br>TEACHBK, INC., ILYA KISELEV and ANDREI BUTSEV<br><br>Defendants. | **Case No.: 3:24-cv-4525**<br><br>**DECLARATION OF PAVEL LEDESTIMMINOV IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT**<br><br>**[Cal. Civ. Proc. Code § 425.16]**<br><br>**Date:**  November 12, 2024<br>**Time:**  10:30 a.m.<br>**Judge:**  Hon. Lisa J. Cisneros<br>**Dept:**  Courtroom G, 15th Floor<br>**Location:**  San Francisco Courthouse<br>    450 Golden Gate Ave.,<br>    San Francisco, CA 94102<br><br>**Action Filed:  July 26, 2024** |

---

-1-
DECLARATION OF PAVEL LEDESTIMMINOV IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE

I, PAVEL LEDESTIMMINOV, declare:

1. I have personal knowledge of the facts set forth in this declaration and am competent to testify as a witness. If called as a witness, I could and would testify to the truth of the matters set forth herein. I make this declaration in support of Defendants' Special Motion to Strike Plaintiff's Complaint.

2. I was born in Russia, and lived there until May 19, 2023, when I fled Russia due to my opposition to the current Putin regime.

3. While I was still residing in Russia, I contacted Marina Sokolovskaya ("Marina" or "Plaintiff") for a consultation on whether my experiences and story is sufficient basis for seeking political asylum in the United States. I learned of Marina from her YouTube channel, where she put out videos about immigration and offered legal evaluation of political asylum cases. At the time I contacted Marina, I believed she was a licensed attorney or an immigration specialist because of the language and materials that were included in her YouTube videos.

4. In response to her offer of legal evaluation, I sent a message to the Telegram account listed on Marina's YouTube description. In my message, I provided personal information about my political situation, including details about biographical, my ideas and beliefs about the current government, and key reasons I plan on seeking asylum in the United States.

5. Several days later, I received a response from Marina, in which she declined to work on my case. She accused me of lying and fabricating my story. She also responded: "you'll piss off the judge and get a deportation order". She continued:

> "These actions are often also a deliberate staging, a fraudulent strategy. The prosecutor in the immigration court will see this and understand it immediately and get mad. You can predict your fate further yourself."

6. I was taken aback by Marina's response because I sent her true and real facts about myself. I did not lie or make up anything in the story that I provided to Marina for the consultation.

7. Within a week of Marina's response, I was notified of a new YouTube video that was posted on Marina's channel, titled Разбор Реального Дела / Analysis of a Real Case. I was shocked to discover that this new video consisted of Marina reading, *verbatim*, the details I provided to Marina in my Telegram message.

8. A short time after this YouTube video was posted, I was visited by and received calls from local police several times, which caused me to leave my house and reside in an undisclosed location until I left for the United States.

9. I told my story to Ilya Kiselev and Andrei Burtsev, and they interviewed me, with my permission, about this on their YouTube channel TechBK.

10. I also filed a complaint with the California State Bar about Marina's disclosure of my private information provided in the course of legal consultation. I later learned that Marina works for Modern Law Group.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed in Orangevale, California on the date below.

//

Date: 10.07.2024

PAVEL LEDESTIMMINOV