**LAW OFFICES OF ALLA V. VOROBETS**
Alla V. Vorobets, SBN 258586
*avorobets@vorobetslaw.com*
Celia R. Bernal, SBN 150063
*cbernal.vorobetslaw@gmail.com*
9270 Madison Avenue
Orangevale, CA 95662
Tel: (916) 966-8529
Fax: (916) 966-8527
Email: avorobets@vorobetslaw.com

Attorney for Defendants
TEACHBK, INC., ILYA KISELEV, and
ANDREI BURTSEV

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GOLDBERG, a/k/a Marina Sokolovskaya,<br><br>Plaintiff,<br><br>vs.<br><br>TEACHBK, INC., ILYA KISELEV and ANDREI BUTSEV<br><br>Defendants. | **Case No.: 3:24-cv-4525**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT**<br><br>**[Cal. Civ. Proc. Code § 425.16]**<br><br>**Date:** November 12, 2024<br>**Time:** 10:30 a.m.<br>**Judge:** Hon. Lisa J. Cisneros<br>**Dept:** Courtroom G, 15th Floor<br>**Location:** San Francisco Courthouse<br>450 Golden Gate Ave.,<br>San Francisco, CA 94102<br><br>**Action Filed:** July 26, 2024 |

Defendants TEACHBK, INC., ILYA KISELEV, and ANDREY BURTSEV's Anti-SLAPP Motion to Strike Plaintiff's Complaint ("Motion") came on for hearing in Courtroom G of this Court on November 12, 2024.  Appearances were made as noted on the record.

After full consideration of the opening, opposition, and reply briefs, the evidence submitted by the parties, and oral argument presented by counsel, the Court hereby grants the Motion and rules as follows:

Defendants met their burden in the first step of the anti-SLAPP analysis by demonstrating that all of Plaintiff's claims arise from Defendants' conduct in furtherance of their exercise of the right of free speech in connection with issues of public interest and/or exercise of their right to petition.  Plaintiff's Complaint is, therefore, subject to a special motion to strike under California's anti-SLAPP statute, C.C.P. § 425.16.

Plaintiff is determined to be a limited public figure.  The issues of immigration and search for missing persons have "foreseeable and substantial ramifications for nonparticipants". *Copp v. Paxton*, 45 Cal.App.4th 829 (1996); *Kaufman v. Fid. Fed. Sav. & Loan Ass'n*, 140 Cal.App.3d 913 (1983).  Plaintiff has made substantial efforts to inject herself into the public debate on these issues by holding herself out as an expert on immigration and missing person issues by producing content on those issues for public consumption.

Plaintiff did not meet her burden in the second step of the anti-SLAPP analysis.  The evidence submitted by Plaintiff in opposition to Defendants' Motion failed to establish that Defendants were motivated by hatred or ill will or lacked reasonable ground and thereby were reckless in believing their posts about Plaintiff were true.  Therefore, Plaintiff did not to establish a prima facie case for the Defamation Per Se and the Defamation Per Quod causes of action alleged in the Complaint.

The Court further finds that Defendants' statements about Plaintiff made in the videos posted on TeachBK YouTube channel, or elsewhere on Defendants' Instagram or website, as alleged in Plaintiff's Complaint, are protected under the common interest, the fair comment, the litigation and/or the *Noerr-Pennington* privileges.

The Court denies Plaintiff's request to amend her Complaint.  *Simmons v. Allstate Ins.*

*Co.*, 92 Cal.App.4th 1068 (2001); *Sylmar Air Conditioning v. Pueblo Contracting Services, Inc.*, 122 Cal.App.4th 1049, 1055 (2004).

THEREFORE IT IS ORDERED THAT:

1. Defendants TEACHBK, INC., ILYA KISELEV, and ANDREY BURTSEV's Anti SLAPP Motion to Strike Plaintiff's Complaint is GRANTED;
2. Plaintiff's entire Complaint is stricken and dismissed with prejudice;
3. Defendants may recover attorney's fees and costs by a separate motion. Cal. Civ. Proc. Code §425.16(c).

IT IS SO ORDERED.

Dated: _____            _____
                                                                         The Honorable LISA J. CISNEROS
                                                                         Magistrate Judge of the United States District Court