Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845

James M. Slater (admitted *pro hac vice*)
james@slater.legal
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283

*Attorneys for Plaintiff*
*Miriam Goldberg*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GOLDBERG, a/k/a Marina Sokolovskaya,<br><br>          Plaintiff,<br><br>v.<br><br>TEACHBK, INC., ILYA KISELEV and ANDREI BURTSEV,<br><br>          Defendants. | Case No.: 3:24-cv-04525-LJC<br><br>**DECLARATION OF MIRIAM GOLDBERG IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO STRIKE COMPLAINT** |

1

I, Miriam Golberg, declare as follows:

1.     My name is Miriam Goldberg. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

2.     I am the plaintiff in the above-styled case. The purpose of this declaration is to respond to Defendants' motion to strike my Complaint. [ECF No. 28].

3.     I am a United States citizen who moved to the United States from the Russian Federation because of my opposition to Russian President Vladimir Putin. I am not now, nor have I ever, been a Russian agent, spy, or part of a criminal network. I have not now, nor ever, sent any prospective client's information to the Russian government. I have never sent <u>anyone's</u> information to the Russian government. Any assertion to the contrary would be false.

4.     I am known professionally as Marina Sokolovskaya, which borrows from my birth name and my grandmother's surname. Defendants refer to me in their videos and posts as Marina Sokolovskaya and have made references to the fact that I use a moniker in professional settings to support their defamatory claims that I am a spy or affiliated with the Russian government. I understand from Andrey Burtsev's declaration that he stated under oath that he did not know my last name until later, when he was served with the lawsuit [ECF No. 28-2 ¶ 18], even though Ilya Kiselev used that name on the May 2024 video in which both individuals appeared. [ECF No. 1 at 28].

5.     I am the Development Director and Intake Manager for the New York office of Modern Law Group, a U.S.-based immigration law firm. As part of that role, I post videos and social media post on immigration matters based on topics decided by my employer. Publishing that content is a term and condition of my employment and not something I do on my own initiative. These posts and videos are made on my employer's social media accounts, which my employer started in December 2022. As of September 2024, my employer's subscriber count reached 30,000.

6.      I know from Defendants' declarations that they claimed to have received communications in or around 2021 from asylees about the Russian government obtaining their personal information. In 2020, I was not employed. And in 2021, I was receiving disability benefits related to a car accident that occurred in March 2021, and I was also not employed. I did not return to work until June 2022, when I began my employment with Modern Law Group. I was not working for any immigration law firm during 2021, and so I did not have access to any asylees' personal information. And neither then, nor at any time, have I ever sent any asylee's personal information to the Russian government.

7.      I have read Defendants' declarations in support of their motion to strike in detail. I have also watched their videos and read their social media in Russian, which I speak fluently. Below I refer to certain posts and videos, which I will append Google translations to, when appropriate. I can certify that my translations of these materials to be accurate because I am fluent in both English and Russian.

8.      In paragraph 3 of his declaration, Ilya Kiselev explains that he fled to the United States because of his opposition to Vladimir Putin's regime.

9.      On January 2, 2015, Ilya Kiselev, under the monikor "RamboK" wrote a blog post on the website <drive2.ru>, titled "В США на ПМЖ …" or "To the United States for permanent residence." In the blog post, Kiselev wrote that he wanted to move to Florida to be near his friends for economic reasons. He wrote:

>       Where I want... I want to go to Florida... where it's warm, cultured and my friends live...
>
>       The issue of money is also relevant... we will then work three times harder...
>
>       What was the last straw? ... To be honest, there's a video on the Internet where Uncle Vova says that the country will even benefit from the fall of the ruble, that at 30 we were getting little, and now at 70 we'll be getting a lot... That's when I finally realized I'm an asshole! I graduated from

3

school, graduated from a university with a 100-year history and
formidable teachers... and at that moment I realized that I'm an asshole,
because I don't understand what our ruler is saying! And then on TV
Uncle Vova was surprised why gasoline is getting more expensive in our
country... HE WAS SURPRISED... IT'S GETTING MORE EXPENSIVE...
A PLAGUE simply... and he didn't know... didn't know... had no idea that
in our country his whole life. f...k gasoline is getting more expensive! It's
getting cheaper all over the world, but here it's getting more expensive,
and why is that? It's all fucking simple - before, a loaf of bread was 30,
and now it's 70, and the country's treasury will grow, and we'll really feel
how the country has benefited from the crisis and sanctions...

I'm petty, I'm greedy, nothing's enough for me, my ass is bigger than a
sofa from fat... that's probably what patriots think... and I'm just tired of
feeling like an "asshole" …

A translated version of the post is attached as **Exhibit 1** hereto. The original post is
located at https://www.drive2.ru/b/1541471/.  (In the comments to the post attached as
Exhibit 1, a user asked Kiselev if he would be seeking employment-based immigration,
to which Kiselev responded "Nah, I'll be using political asylum.")

10.     I also understand from Ilya Kiselev's declaration that he claims to
support the Russian opposition. I understand from reviewing Kiselev's social media
that he was affiliated with the Liberal Democratic Party of Russia (LDPR) and Andrey
Viktorovich Shakh. Specifically, on August 25, 2021, Kiselev posted a picture of his
LDPR party card on Instagram. https://www.instagram.com/p/CTAXA4oDVcQ/. I have
seen other posts where he has supported LDPR, such as:
https://www.instagram.com/p/CSrCA53jSo4/.

11.     Although LDPR is not affiliated with Putin's United Russia party, I
understand that it is part of Putin's "systemic opposition," which Radio Free Europe
has described thusly: "the so-called systemic opposition—the Communist Party, the

4

Liberal Democratic Party of Russia (LDPR), and A Just Russia, which purport to oppose United Russia but often vote in lockstep with it—is bent on clearing a path for the ruling party." https://www.rferl.org/a/sagging-popularity-forces-russia-s-ruling-party-to-dig-into-its-box-of-election-tricks/30036639.html.

12.     I have also seen at least one post in which Kiselev collaborated with Albert Yumadilov, who was part of the Kremlin's United Russia party, and I understand that Kiselev attempted to enter municipal Russian politics, but not as part of the Russian opposition heralded by the late Aleksey Navalny. I learned about Kiselev working for Yumadilov through an article written by Katkov. He published this article in his newsletter on 24 August 2022. In the article, Katkov stated, "Юмадилов не гнушается ничем. Очевидно, в противостояние со мной взял в соратники эмигрировавшего в феврале 2022 года в США негодяя." ("Yumadilov does not shun anything. Obviously, in opposition to me, he took as an ally a scoundrel who emigrated to the United States in February 2022.") Kiselev later reposted that article on his Instagram page, acknowledging that Katkov's article referred to him.

13.     Kiselev explains in his declaration that he fled Russia to the United States in early 2022. He states in paragraph 9, that he teamed up with Andrey Burtsev to create TeachBK after traveling to the United States.

14.     But Kiselev and Burtsev created their TeachBK presence earlier. I know this because I personally joined one of the Telegram channels in which they permitted people to sell fake identification documents to individuals crossing the border from Mexico into the United States. When I pointed this out, I was banned from the channel. According to Telegram, one of these channels was created in March 2021:



15.     I also reviewed the TeachBK YouTube channel and the first video posted

there is dated February 7, 2021, before Kiselev attests that he relocated to the United

States: https://www.youtube.com/watch?v=8F7ltPMcUCA.

16.     In January 2023, TeachBK published two videos about me. In these videos

they did not mention anything about receiving any messages from asylees. Instead,

they accused me of fraud based on one of my employer's videos. My employer Modern

6

Law Group reached out the attorney who appears on the TeachBK YouTube channel. Through those conversations, Defendants removed the videos in exchange for my employer posting a video on the Modern Law Group channel stating that I am not a lawyer.

17.     Since the publication of those videos, Defendants' subscribers have posted hateful messages about me, which Defendants have "liked" with heart emojis and positive comments. One comment said "Lynch Kikimora" (Kikimora is a female negative spirit or creature in Slavic folklore). Defendants responded to that post with a heart emoji. Defendants have consistently encouraged negative comments about me on their YouTube channel and there are many comments on where viewers have said that I should be lynched or stabbed to death. The negative comments are ongoing.

18.     Defendants have posted other videos since January 2023 after they deleted two at my employer's request. Defendants did not respond to a presuit request to delete the videos at issue in this lawsuit. Instead, they posted more videos about me.

19.     In or around August 2023, Kiselev made a comment on Facebook in which he threatened me with sexual violence. It was at that time that I decided I needed to take some action to stop the continued campaign of hate and lies.

20.     In or around September 2023, I reached out to Valeriy Katkov, who is a former municipal deputy in Russia. At the time I reached out to him, he was not a government official. As of the date of this declaration, I do not believe he is in any way affiliated with the Russian government. I spoke to Katkov because I understood that Katkov sued Kiselev in July 2020. I never demanded anything from Katkov.

21.     The Complaint appends various screenshots from Kiselev's Instagram page where he acknowledged that Katkov was taken off the ballots in August 2022. *See* Compl. Exs. 2 & 3. Despite this, I understand that Defendants continue to assert that Katkov is affiliated with the Russian government.

7

22.     Kiselev wrote in his declaration that his lawsuit against Kiselev was filed in September 2019, but my review of the records indicates that he filed it in July 2020. He also wrote in paragraph 7 that the Judge (Matlina) was removed from her position; however, I recently reviewed the official court website and have confirmed that she is still serving on the same court. I also understand that Kiselev stated his lawyer went into hiding because of the judge's decision in Kiselev's favor. I have reviewed Katkov's September 2022 newsletter—published a year after the September 2021 court decision in Kiselev's favor—in which Kiselev's lawyer Andreev purchased a half-page advertisement to advertise his legal services.

23.     In paragraph 14 of Kiselev's affidavit, he states that "shortly after" the interview with Mr. Ledestemminov, he was contacted by Andreev about my contact with Katkov. I had not spoken with Katkov before September 2023, more than a year after he was taken off the ballots for municipal elections in Russia.

24.     Kiselev also asserts in his declaration that Katkov did not know about his emigration to the United States until I contacted him in 2023. Burtsev claims in his declaration that this information came to light in an October 2023 article by Katkov.

25.     The Complaint attaches an article Katkov wrote in August 2022. That article was written more than a year before I contacted Katkov, and in it Katkov discussed Kiselev fleeing to the United States. In an Instagram post from August 2022, Kiselev confirmed that Katkov's August 2022 letter was about him: https://www.instagram.com/p/Ch5zruLJf8E/; *see also* Compl. Ex. 3.

26.     Defendants assert in their declarations that they relocated to California because of Kiselev's lawyer's statements regarding Katkov in September 2023. I believe those statements to be false for several reasons.

27.     First, in March 2022, Kiselev posted on Facebook about needing an apartment in California. For example, on March 26, 2022 in the Facebook group called "Sacramento Immigrants," where he wrote that he was searching for a one-bedroom

apartment in San Francisco, Mountain View, or San Jose. The next day, he wrote a similar request in the group titled "Russian-speaking community in Sacramento."



28. Second, I have also reviewed Kiselev's social media posts and I can attest that he posted pictures of his cars with California license tags with vanity plates in January 2023, again before I spoke with Katkov.

 

29.     Third, I have reviewed the filings of the Florida Department of State for the inactive company TeachBK, Inc., which was established and incorporated by Burtsev and Kiselev. According to the February 6, 2023 articles of incorporation for TeachBK, Kiselev and Burtsev listed both Florida and California addresses for the company and Mountain View, California addresses for themselves in every place except where Kiselev listed himself as the company's registered agent. I understand from reviewing the rules on the Florida Department of State website that the registered agent must use a Florida address. A copy of the TeachBK Articles of Incorporation is attached as **Exhibit 2** hereto.

30.     I understand from Defendants' declarations that they have stated under oath that they have not called me a "spy" or a "Russian agent." The Complaint includes excerpts from Defendants' posts and videos in which they call me a "double agent," manipulate images to depict me wearing Soviet spy apparel, call me the "Russian bear" while playing the theme song to a Soviet spy T.V. show, say that I am part of a spy ring or criminal network that is being investigated by the FBI, and more. After I filed this

10

lawsuit, Defendants posted several videos about me, continuing their smear campaign. In response to a comment on one of those videos about whether I was responding to all of Defendants' accusations, Defendants wrote the following, which was translated from Google and which I, as a native Russian speaker who is fluent in English, attest to: "It's not about her, she's just a pawn and cover for the main 'sponsors' who we are preventing from making money." (https://www.youtube.com/watch?v=XNoIeVnA9ms.)



31.     I understand that Defendants are relying on the declaration of Pavel Ledestemminov in support of their motion to strike.

32.     In his declaration, Mr. Ledestemminov states that he believed I was a lawyer. Each of my employer's videos includes a disclaimer that I am not a lawyer and that the videos are for informational purposes only. In fact, when my employer reached out to Defendants to delete two of their videos in January 2023, Defendants only agreed to do so if we posted a short video explaining that I am not a lawyer. Modern Law Group agreed to those terms and that video is still active on my employer's channel.

33.     When I received information from Ledestemminov, I was never given his last name, only sparse details (first name, age, city). We only spoke via Telegram. Based on Ledestemminov's correspondence, I believed that his general information was problematic, and I explained what was wrong to him.

34.     I have watched Ledestimminov's video on Defendants' YouTube about me. His version of the facts is incorrect.

DECLARATION OF MIRIAM GOLDBERG IN SUPPORT OF OPPOSITION
TO DEFENDANTS' MOTION TO STRIKE COMPLAINT

35.     I admit that Modern Law Group posted a video in which I explained circumstances like those which Ledestemminov expressed in his conversation with me on Telegram, but his story was merely inspiration based on other similar stories from potential asylees. I did not include any details other than the city where Ledestemminov was from, which has more than 300,000 people. Moreover, Pavel is a common name in Russia, even if information about "Pavel who wanted to immigrate to the United States" was circulated online or otherwise, it would not be possible to tie that information to Ledestemminov without more information. Finally, the case study video about this female potential asylum seeker was approved by Modern Law Group for publication on its social media platform.

36.     I have reviewed Ledestemminov's Facebook page, where he only began posting against Putin and the Russian government <u>after</u> he left Russia. The video I posted on behalf of Modern Law Group was a cautionary tale about individuals who only claim persecution after they leave their home country. Ledestemminov also posts about how the Earth is flat, that Satan rules it, and that planes spread poison in the air.

37.     The video Ledestemminov complains of, which has no identifying information about him, was closed for viewing after 2 days and 4,000 views. I have never contacted the Russian authorities or government about Ledestemminov. I have not passed on any information about him to the Russian Federation or its agencies at all—nor have I done that about any potential client of my employer or anyone else.

38.     I have seen a video Defendants posted about Ledestemminov, which included his voice, which may or may not be recognizable to Russian officials. Defendants have reposted Modern Law Group's video, amplifying it with more than 15,000 views.

39.     Finally, Defendants assert in their declarations that they harbored no ill will toward me. That is false. They repeatedly mocked and harassed me even before the campaign of videos referenced in the Complaint. Kiselev threatened on social media to

12

sexually assault me and told his viewers in a video dated June 4, 2023 that I was "repugnant" to him.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 22, 2024 in Warsaw, Poland.

_____

Miriam Goldberg

13

# Exhibit 1

DRIVE2.RU

Login     Register

RamboK profile

# In the USA for permanent residence...

January 2, 2015

## Advertising

Place an advertisement

 **View PDF**



**RamboK** Was there more than a month ago

Ilya Kiselev, 39 years old
I drive a **Mazda Premacy Eternal Steam Locomotive** , **ZAZ 968 Safari** , **Mitsubishi Eclipse** and **GAZ 21 Nikonorych** (before that - 2 cars )
Moscow, Russia

Subscribe          Message



And so gentlemen, Happy New Year to all... the damned 2014 has passed, passed, which once again hammered a nail into the coffin of my patriotism for the motherland. I have decided everything once and for all... I have to get out. But I have decided to make a decision, but the possibilities are still disappointing... but now I have a firm goal and something to strive for... It is hard to say how I came to this and rolled to this... but watching the news, seeing what is happening in the country, the prices... the endless "difficult years" and "you need to be patient a little and there will be happiness"... in other words, "f***ing hell"!.. At 11:55 pm on December 31, I understood this very clearly looking at gentleman No. 1 in our country... how "f***ing sick" of everything is. This is the only word of profanity that I can use to describe my state...

Well, okay, about the thoughts in my head... I still don't smoke, I've taken up sports actively, I still don't have any serious work... because there's another crisis in the country, and Uncle Vova hasn't told me how to work for the whole world and what to eat with his "fuck you...", thank God I have a natural business streak and enough brains to earn money... without working officially :) My friends have the same problem, advertising staff in companies is being cut by 80-90% (and this is in large advertising holdings)...

I urgently need to learn English... to raise it from scratch, so to speak, it's probably difficult, unclear... but I have to...

I haven't decided yet how to raise it, but I definitely will...

Where I want... I want to go to Florida... where it's warm, cultured and my friends live...

The issue of money is also relevant... we will then work three times harder...

What was the last straw? ... To be honest, there's a video on the Internet where Uncle Vova says that the country will even benefit from the fall of the ruble, that at 30 we were getting little, and now at 70 we'll be getting a lot... That's when I finally realized I'm an asshole! I graduated from school, graduated from a university with a 100-year history and formidable teachers... and at that moment I realized that I'm an asshole, because I don't understand what our ruler is saying! And then on TV Uncle Vova was surprised why gasoline is getting more expensive in our country... HE WAS SURPRISED... IT'S GETTING MORE EXPENSIVE... A PLAGUE simply... and he didn't know... didn't know... had no idea that in our country his whole life. f...k gasoline is getting more expensive! It's getting cheaper all over the world, but here it's getting more expensive, and why is that? It's all

fucking simple - before, a loaf of bread was 30, and now it's 70, and the country's treasury will grow, and we'll really feel how the country has benefited from the crisis and sanctions...

I'm petty, I'm greedy, nothing's enough for me, my ass is bigger than a sofa from fat... that's probably what patriots think... and I'm just tired of feeling like an "asshole"...

January 2, 2015

12      26      1

Share:

Place an advertisement

## Advertising





## Comments  26

Log in or register to write comments, ask questions and participate in the discussion.

Login      Register



**musso03**
I drive a SsangYong Musso Sports

Изучал вопрос и понял что возможно только по EB-5, что бы 100 %(ну или почти 100).Думаю лет 5 то придется поработать!L-1 изучал но что то как то не определенно по ней и сложновато кажется!Я так понял что купив там жилье можешь по 3-6 месяцев там находиться, уже что то!Короче мозг занят на 100 % всем этим вопросом!Как у тебя с этим вопросом?!

Ответить    8 лет



**RamboK**  Автор
Я езжу на Mazda Premacy (1G)

не я по политике (полит убежище)

1    Ответить    8 лет



**musso03**
Я езжу на SsangYong Musso Sports

Expert PEO and

HR Support

Hiring, Employee

Relations, Benefits &

Compliance Solutions

PaychX

Learn More ›

Кажется самый трудный способ, да?Тоже как запасной
вариант рассматриваю.

Ответить    8 лет

 **RamboK** Автор
Я езжу на Mazda Premacy (1G)

ничего трудного там нет…главное с головой подходить))

Ответить    8 лет

 **musso03**
Я езжу на SsangYong Musso Sports

Подписываюсь под каждым твоим словом!Тоже на лыжи встал
отсюда!Валить надо а то скоро еще границу дядя вова закроет,
кто его знает?!Кстати я тоже во Флориду задумал!Ютуб до дыр
затер что там да как!

1  Ответить    8 лет

 **RamboK** Автор
Я езжу на Mazda Premacy (1G)

Да тут ловить нечего …но прежде чем эмигрировать
нужно понять по какой линии тебе уезжать и готовить ее
заранее…

1    Ответить    8 лет

 **Perwij**
Я езжу на Volvo S60 (2G)

А вот и 2016 уже месяц как наступил…
Как послание на НГ?

Ответить    9 лет

 **Alexich1**
Я езжу на Infiniti G35 Sedan (V36)

Уверен, без таких умников как вы, тут будет лучше!
Что это вы еще в России? Уже почти пол года прошло с момента
написания поста!

Ответить    9 лет

 **RamboK** Автор
Я езжу на Mazda Premacy (1G)

работаем над этим…, аргументов я не слышу почему я
"умник" и почему " без таких"…или вы как и сотни тысяч
и мильенов терпил сказать сказали, а чего говорят сами
не понимают :)

1    Ответить    9 лет

 **Alexich1**
Я езжу на Infiniti G35 Sedan (V36)

Думаю, объяснять ничего не стоит.
Кому нужно, тот понял.

Ответить    9 лет

 **RamboK** Автор
Я езжу на Mazda Premacy (1G)

ну всегда удивлялся вот таким вот комментаторам, залез
на стену, насрал, ушел…зачем, почему…для чего…,
попросил объяснить- пошли тупые понты …, ну нет
мозгов написать дельный аргумент, сиди и молчи. за
умного сойдешь…

1    Ответить    9 лет

 **Alexich1**
Я езжу на Infiniti G35 Sedan (V36)

Хахаха… Хорошо.
Удачи)

Ответить    9 лет

 **SidewayRunner**
Я езжу на Lada 21053

ну да, ты дерьмо какое то написал, выглядишь жалким :)

Ответить    8 лет

 **Alexich1**
Я езжу на Infiniti G35 Sedan (V36)

Ну а ты тут вообще как бы не к месту, тем более спустя два года

Ответить    8 лет

 **SidewayRunner**
Я езжу на Lada 21053

ну а твои комментарии даже спустя годА остаются такими же тупыми и нелепыми

Ответить    8 лет

 **Alexich1**
Я езжу на Infiniti G35 Sedan (V36)

Возможно выглядит глупо, однако правда в этих словах есть, тк меня бесили всю жизнь люди, которые сидят и ноют, что им тут плохо и тп, а сами ковыряют пальцем в одном месте. Я практически полностью уверен, что человек до сих пор живет в Москве и продолжает тихонько обдристывать государство, если это не так, возьму свои слова обратно. А ты тут вообще оказался "не пришей езде рукав", надеюсь, поймешь это выражение. Далее, если хочешь продолжить свои высеры — приглашаю в личку.

Ответить    8 лет

 **Keeper-402**
Я езжу на ЗАЗ 968

давайте, давайте… дядюшка Сэм будет Вам раД )))

Ответить    10 лет

 **RamboK**   Автор
Я езжу на Mazda Premacy (1G)

Да пофиг рад или не рад…тут то точно ничего не держит…

1    Ответить    10 лет

 **Patrdriver**
Я езжу на УАЗ Patriot

А кто Вас там за границей то ждёт? Вы считаете что голодаете! Вспомните 90 е когда страну развалили в какашку, я помню как родители не видели зп по пол года, жрали одну картошку. Помню как сдал бутылки и взял пол булки хлеба, нарезал на кусочки и ели как деликатес. Владимиру Владимировичу досталась разруха, которую он начал востанавливать. Страна встала с колена, с нами считаются и боятся. Ещё многое предстоит сделать. От куда у Вас информация, что бензин за границей дешевеет?

Ответить    10 лет

 **RamboK**   Автор
Я езжу на Mazda Premacy (1G)

ну как бы у меня друзья и в Европе и в сша живут…от туда и инфа по бензину…, про развал страны это все хорошо, но как бы 20 лет прошло…мне кажется достаточно что бы уже подняться, но Сергей я Вам открою большую тайну, мы не поднялись с колен ни на 1 мм, да же на 0,5 мм мы не поднялись, мы отдали наши нефтенасосы в частные руки (продали) и они стали качать бабло и вот уже 20 лет страна живет на насосах и как только нефть к примеру упадет ниже 10$ за баррель Вы уважаемый Сергей увидите как наша страна поднялась с колен…в которой ничего нет, мы сырьевой придаток и ничего более… Никто нас там не ждет, но я буду понимать ради чего я грызу землю и стараюсь…

1   Ответить    10 лет

 **Patrdriver**
Я езжу на УАЗ Patriot

10 баксов за барель это не реально, от этого пострадают
все, не только граждане РФ. А сейчас идёт война, пока
информационная, у нас говорят одно в сша и европе
другое. Но одно я знаю точно, что качество моей жизни и
жизни граждан РФ стало лучше, я не голодаю, у меня
есть кров над головой, автомобиль у меня у жены, строю
дом, я обычный рядовой гражданин РФ, без супер
достатков. Просто кручусь и делаю всё, что бы
было лучше. А за границей меня точно никто не ждёт.
Плохо живут те кто ничего не делает для того, что бы
лучше жить и говорит какая у нас говёная страна, а вот в
Америке. И я знаю точно, если на нашу страну будет
вооружённое нападение, возьму автомат в руки и пойду
воевать. В европе 1 литр бензина 2,8 евро, а сколько в
сша?

1   Ответить    10 лет

 **RamboK**   Автор
Я езжу на Mazda Premacy (1G)

yes, but Europe buys gasoline, and we produce and extract
raw materials... (in the States, for example, gasoline now
costs less than a gallon of milk), and as for needs - I live,
frankly speaking, not bad (but here you also need to
understand what everyone's needs and desires are), by
local standards I'm a solid middle class, but that's nothing
compared to civilized countries! What you are talking about
is all tinsel that is held up by oil and gas, if all this suddenly
depreciates (and this can really happen - a simple
conspiracy of the euro and the US with the aim of giving the
Russian Federation a kick in the pants) then everything is
over for your house, car, etc., since the country's economy
will collapse in a week to a point much lower than the wild
90s... Just last week, due to falling prices, the country's
BUDGET IN A WEEK lost 10 billion dollars, and it's only a
drop in the bucket... and then what - loans, budget failure
and that's it... and all that gave you for a car, a house and
false peace of mind were taxes from oil companies and
corporations... but all this is so unreliable...

1   Answer   10 years

 **voland1986**
I drive a Nissan Maxima VI (A34)

with family or alone for now?

Answer   10 years

 **RamboK**   Author
I drive a Mazda Premacy (1G)

with the family of course, if we're going to leave then
everyone at once... but first we need to prepare
specifically...

Answer   10 years

 **RamboK**   Author
I drive a Mazda Premacy (1G)

Personally, I don't find it difficult to understand anything… Crimea,
Donbass, or Ukraine taken together… We can't even figure out our
own…

1   Answer   10 years

 **somebody**   Non-existent user
Without a car

To wash it off…

1   Answer   10 years

© DRIVE2.RU, 2024

# Exhibit 2

# Electronic Articles of Incorporation For

**P23000010997**
**FILED**
**February 06, 2023**
**Sec. Of State**
adjohnson

TEACHBK INC

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

TEACHBK INC

## Article II

The principal place of business address:

1025 E HALLANDALE BEACH BLVD
STEIN 504
HALLANDALE, FL. US  33009

The mailing address of the corporation is:

707 CONTINENTAL CIRCLE
APT. 436
MOUNTAIN VIEW, CA. US  94040

## Article III

The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:

100

## Article V

The name and Florida street address of the registered agent is:

ILYA  KISELEV
1025 E HALLANDALE BEACH BLVD
STEIN 504
HALLANDALE, FL.  33009

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   ILYA KISELEV

P23000010997
FILED
February 06, 2023
Sec. Of State
adjohnson

## Article VI

The name and address of the incorporator is:

ILYA KISELEV
707 CONTINENTAL CIRCLE
APT. 436
MOUNTAIN VIEW, CA, 94040

Electronic Signature of Incorporator:   ILYA KISELEV

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
ILYA  KISELEV
707 CONTINENTAL CIRCLE
MOUNTAIN VIEW, CA.  94040  US

Title:  VP
ANDREI  BURTSEV
707 CONTINENTAL CIRCLE
MOUNTAIN VIEW, CA.  94040  US

## Article VIII

The effective date for this corporation shall be:

02/06/2023