| | |
|---|---|
| ETHAN JACOBS LAW CORPORATION<br>Ethan Jacobs (SBN 291838)<br>ethan@ejacobslaw.com<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 275-0845 | LAW OFFICES OF ALLA V. VOROBETS<br>Alla V. Vorobets (SBN 258586)<br>avorobets@vorobetslaw.com<br>9270 Madison Ave.<br>Orangevale, CA 95662<br>Telephone: (916) 966-8529 |
| SLATER LEGAL PLLC<br>James M. Slater (admitted *pro hac vice*)<br>james@slater.legal<br>2296 Henderson Mill Rd. NE #116<br>Atlanta, GA 30345<br>Telephone: (404) 458-7283 | *Attorneys for Defendants*<br>*TeachBK, Inc., Ilya Kiselev*<br>*& Andrei Burstev* |
| *Attorneys for Plaintiff*<br>*Miriam Goldberg* | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miriam Goldberg,<br><br>    Plaintiff,<br><br>v.<br><br>TeachBK, Inc., *et al*.,<br><br>    Defendants. | Case No.: 3:24-cv-4525<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR REMOTE HEARING**<br><br>Date: November 12, 2024<br>Time: 10:30 a.m.<br>Courtroom: Room G, 15th Floor<br>Judge: Hon. Lisa J. Cisneros |

Plaintiff Miriam Goldberg and Defendants TeachBK, Inc., Ilya Kiselev, and Andrey Burtsev (collectively, "Defendants") hereby agree and stipulate as follows:

The parties stipulate and jointly request that the hearing on Defendants' motion to strike Plaintiff's Complaint [ECF No. 28] scheduled for November 12, 2024 at 10:30 a.m. be held remotely. Alternatively, in the event the Court is disinclined to hold the hearing remotely, Plaintiff requests that her counsel, James Slater, be permitted to appear remotely. As grounds,

Mr. Slater is scheduled to have a surgical procedure on Friday, November 8, 2024, and will be recovering leading up to the hearing. Defendants do not oppose this alternative request.

IT IS SO STIPULATED.

Dated:   November 7, 2024              Respectfully submitted,

                                       SLATER LEGAL PLLC

                                       By: */s/ James M. Slater*
                                           James M. Slater (*admitted* pro hac vice)

                                       *Attorney for Plaintiff Miriam Goldberg*

                                       LAW OFFICES OF ALLA V. VOROBETS

                                       By: */s/ Alla V. Vorobets*
                                           Alla V. Vorobets (SBN 258586)

                                       *Attorney for Defendants TeachBK, Inc., Ilya Kiselev, and Andrei Burtsev*

## ATTESTATION OF CONCURRENCE

I, James M. Slater, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION**. I attest that, pursuant to United States District Court, Northern District of California L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from counsel for Defendants. I declare under penalty of perjury that the foregoing is true and correct.

Dated:   November 7, 2024              SLATER LEGAL PLLC

                                       By: */s/ James M. Slater*
                                           James M. Slater (*admitted* pro hac vice)

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Court ORDERS that the hearing on Defendants' motion to strike [ECF No. 28] be held remotely via Zoom on November 12, 2024 at 10:30 a.m.

Dated: November ___, 2024

_____
HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE