| | |
|---|---|
| ETHAN JACOBS LAW CORPORATION | LAW OFFICES OF ALLA V. VOROBETS |
| Ethan Jacobs (SBN 291838) | Alla V. Vorobets (SBN 258586) |
| ethan@ejacobslaw.com | avorobets@vorobetslaw.com |
| 100 Pine Street, Suite 1250 | 9270 Madison Ave. |
| San Francisco, CA 94111 | Orangevale, CA 95662 |
| Telephone: (415) 275-0845 | Telephone: (916) 966-8529 |

SLATER LEGAL PLLC
James M. Slater (admitted *pro hac vice*)
james@slater.legal
2296 Henderson Mill Rd. NE #116
Atlanta, GA 30345
Telephone: (404) 458-7283

*Attorneys for Defendants
TeachBK, Inc., Ilya Kiselev
& Andrei Burstev*

*Attorneys for Plaintiff
Miriam Goldberg*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miriam Goldberg, | Case No.: 3:24-cv-4525 |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER FOR REMOTE HEARING AS MODIFIED** |
| v. | |
| TeachBK, Inc., *et al*., | Date: November 12, 2024 |
| Defendants. | Time: 10:30 a.m. Courtroom: Room G, 15th Floor Judge: Hon. Lisa J. Cisneros |

Plaintiff Miriam Goldberg and Defendants TeachBK, Inc., Ilya Kiselev, and Andrey Burtsev (collectively, "Defendants") hereby agree and stipulate as follows:

The parties stipulate and jointly request that the hearing on Defendants' motion to strike Plaintiff's Complaint [ECF No. 28] scheduled for November 12, 2024 at 10:30 a.m. be held remotely. Alternatively, in the event the Court is disinclined to hold the hearing remotely, Plaintiff requests that her counsel, James Slater, be permitted to appear remotely. As grounds,

Mr. Slater is scheduled to have a surgical procedure on Friday, November 8, 2024, and will be recovering leading up to the hearing. Defendants do not oppose this alternative request.

IT IS SO STIPULATED.

Dated:   November 7, 2024                    Respectfully submitted,

                                          SLATER LEGAL PLLC

                                          By:*/s/ James M. Slater*
                                                James M. Slater (*admitted* pro hac vice)

                                        *Attorney for Plaintiff Miriam Goldberg*

                                        LAW OFFICES OF ALLA V. VOROBETS

                                        By:*/s/ Alla V. Vorobets*
                                                Alla V. Vorobets (SBN 258586)

                                        *Attorney for Defendants TeachBK, Inc., Ilya Kiselev, and Andrei Burtsev*

## ATTESTATION OF CONCURRENCE

I, James M. Slater, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION**. I attest that, pursuant to United States District Court, Northern District of California L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from counsel for Defendants. I declare under penalty of perjury that the foregoing is true and correct.

Dated:   November 7, 2024                    SLATER LEGAL PLLC

                                          By:*/s/ James M. Slater*
                                                James M. Slater (*admitted* pro hac vice)

~~[PROPOSED]~~ **ORDER** AS MODIFIED

Pursuant to the parties' stipulation, and good cause appearing, the Court ORDERS that the hearing on Defendants' motion to strike [ECF No. 28] be held remotely via Zoom on November 12, 2024 at ~~10:30 a.m.~~ 9:30 a.m.

Dated: November 8, 2024

_____
HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

---

JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR REMOTE HEARING
Case No. 3:24-cv-4525