OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** November 12, 2024 | **Time:** 9:39 a.m.- 10:23 a.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 3:24-cv-04525-LJC | **Case Name:** Goldberg v. TeachBK, Inc. | |

**For Plaintiff:** James Slater, Slater Legal PLLC, counsel for Plaintiff

**For Defendant:** Celia Bernal and Alla Vorobets, Law Offices of Alla V. Vorobets, counsel for Defendant

**Deputy Clerk:** Brittany Sims          **Recorded via Zoom:** 9:39 a.m.- 10:23 a.m.

PROCEEDINGS

Motion to Strike (ECF.28) held. The Court heard arguments from both parties. The Court takes the matter under submission and will issue a written order.