OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| Date: February 27, 2025 | Time: 1:41 p.m.-1:53 p.m. | Judge: LISA J. CISNEROS |
|---|---|---|
| Case No.: 3:24-cv-04525-LJC | Case Name: Goldberg v. TeachBK, Inc. | |

**For Plaintiff:** James Murray Slater, Slater Legal PLLC, counsel for Plaintiff

**For Defendants:** Celia R Bernal, Law Offices of Alla V. Vorobets, counsel for Defendants

**Deputy Clerk:** Brittany Sims          **Recorded via Zoom:** 1:41 p.m.-1:53 p.m.

PROCEEDINGS

Initial Case Management Conference held.