UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GOLDBERG,<br><br>Plaintiff,<br><br>v.<br><br>TEACHBK, INC., et al.,<br><br>Defendants. | Case No. 24-cv-04525-LJC<br><br>**CASE MANAGEMENT SCHEDULE** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Deadline for Defendants to file amended answer | March 20, 2025 |
| Document discovery cut-off: | January 15, 2026 |
| Joint case management statement: | February 5, 2026 |
| Further case management conference: | February 12, 2026 |
| Fact discovery cut-off: | March 27, 2026 |
| Opening expert reports and disclosures: | April 17, 2026 |
| Rebuttal expert reports and disclosures: | May 15, 2026 |
| Expert discovery cut-off: | June 12, 2026 |
| Last day to file dispositive motions and *Daubert* motions: | June 2, 2026 |
| Last day to hear dispositive motions and *Daubert* motions: | July 10, 2026 |
| Pretrial conference:[1] | October 9, 2026 1:30 PM |

---

[1] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.

1 | Jury trial: October 19, 2026
2 | (5 days[2])

3 | **IT IS SO ORDERED.**

4 | Dated: February 27, 2025

```
                                              _____
                                              LISA J. CISNEROS
                                              United States Magistrate Judge
```

---

[2] Plaintiff estimates that the trial will take between 4 to 5 days. Defendants estimate 5 to 7.

2