UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miriam Goldberg,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TeachBK, Inc., et al.,<br><br>　　　　Defendants | Case No.  24-cv-04525-LJC<br><br>**NOTICE OF APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Warren Metlitzky
> Conrad | Metlitzky | Kane
> Four Embarcadero Center
> San Francisco, CA 94111
> 415-343-7103
> wmetlitzky@conmetkane.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
24-cv-04525-LJC

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: March 7, 2025

                                         MARK B. BUSBY
                                         Clerk of Court
                                         by:  Alice M. Fiel

_____
ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
24-cv-04525-LJC                             2