**LAW OFFICES OF ALLA V. VOROBETS**
Alla V. Vorobets, SBN 258586
avorobets@vorobetslaw.com
Celia R. Bernal, SBN 150063
cbernal.vorobetslaw@gmail.com
9270 Madison Avenue
Orangevale, CA 95662
Tel: (916) 966-8529
Fax: (916) 966-8527

Attorney for Defendants
TEACHBK, INC., ILYA KISELEV,
and ANDREI BURTSEV

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GOLDBERG, a/k/a Marina Sokolovskaya,<br><br>    Plaintiff,<br><br>    vs.<br><br>TEACHBK, INC., ILYA KISELEV, and ANDREI BURTSEV<br><br>    Defendants. | Case No.: 3:24-cv-4525<br><br>**PROOF OF SERVICE**<br><br>Date:   June 3, 2025<br>Time:   2:30 p.m.<br>Dept.:  Courtroom G, 15th Fl (by Zoom)<br>Judge:  Hon. Lisa J. Cisneros<br><br>TRIAL DATE:   October 19, 2026<br>ACTION FILED: July 26, 2024 |

Proof of Service
- 1

## PROOF OF SERVICE BY EMAIL AND U.S. MAIL

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 9270 Madison Avenue, Orangevale, CA 95662. On **April 24, 2025** I served the within documents:

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF ALLA V. VOROBETS IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

( X ) By Email Transmission
By transmitting by facsimile a true and correct copy thereof to the person and at the email address indicated below, and by verifying sending of email to the recipient by checking the sent folder; and / or

( X ) By U.S. mail
By personally placing a true and correct copy of the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and depositing the same in the U.S. mail at Orangevale, California to be delivered by U.S. mail, on the same day in the ordinary course of business, addressed as set forth below. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date of postage meter date is more than one day after date of deposit for mailing in the affidavit.

| | |
|---|---|
| ETHAN JACOBS LAW CORPORATION<br>**Ethan Jacobs, Esq.**<br>ethan@ejacobslaw.com<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111 | Counsel for Plaintiff |
| SLATER LEGAL PLLC<br>**James M. Slater, Esq.**<br>james@slater.legal<br>2296 Henderson Mill Rd. NE #116<br>Atlanta, GA 30345 | Counsel for Plaintiff |
| **TeachBK, Inc.**<br>Attn: Ilya Kiselev, President<br>6770 Stanford Ranch Road, #1187<br>Roseville, CA 95678<br>Email: reklama.kiselev@yandex.ru | Defendant |

Proof of Service
- 2

**Ilya Kiselev**                                           Defendant
1224 Meridian Way
Rocklin, CA 95765
Email: reklama.kiselev@yandex.ru

**Andrey (Andrei) Burtsev**                                Defendant
1427 Meridian Way
Rocklin, CA 95765
Email: burtsev.andrey@gmail.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 24, 2025 at Orangevale, California.

_____
Rita Kisel