ETHAN JACOBS LAW CORPORATION
Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

SLATER LEGAL PLLC
James M. Slater (admitted *pro hac vice*)
james@slater.legal
2296 Henderson Mill Rd. NE #116
Atlanta, GA 30345
Telephone: (404) 458-7283

*Attorneys for Plaintiff*
*Miriam Goldberg*

LAW OFFICES OF ALLA V. VOROBETS
Alla V. Vorobets (SBN 258586)
avorobets@vorobetslaw.com
9270 Madison Ave.
Orangevale, CA 95662
Telephone: (916) 966-8529

*Attorneys for Defendants*
*TeachBK, Inc., Ilya Kiselev*
*& Andrei Burstev*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miriam Goldberg,<br><br>    Plaintiff,<br><br>v.<br><br>TeachBK, Inc., *et al.*,<br><br>    Defendants. | Case No.: 3:24-cv-4525<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE DEADLINE TO COMPLETE MEDIATION** |

    Plaintiff Miriam Goldberg and Defendants TeachBK, Inc., Ilya Kiselev, and Andrey Burtsev (collectively, "Defendants") hereby agree and stipulate as follows:

    The Court referred this case to mediation on February 28, 2025. [ECF No. 47]. Pursuant to the ADR Local Rule 6.4(c), mediation must be completed by May 29, 2025. Given that defense counsel seeks to withdraw from representation of Defendants in this case, it would be in the parties' best interest to delay mediation until the pending motion to withdraw is resolved.

Accordingly, the parties stipulate and jointly request that the Court enlarge the deadline to complete mediation through July 31, 2025.

IT IS SO STIPULATED.

Dated:   April 29, 2025                     Respectfully submitted,

                                        SLATER LEGAL PLLC

                                        By: */s/ James M. Slater*
                                              James M. Slater (admitted *pro hac vice*)

                                        *Attorney for Plaintiff Miriam Goldberg*

                                        LAW OFFICES OF ALLA V. VOROBETS

                                        By: */s/ Alla V. Vorobets*
                                              Alla V. Vorobets (SBN 258586)

                                        *Attorney for Defendants TeachBK, Inc., Ilya Kiselev, and Andrei Burtsev*

## **ATTESTATION OF CONCURRENCE**

I, James M. Slater, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION**. I attest that, pursuant to United States District Court, Northern District of California L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from counsel for Defendants. I declare under penalty of perjury that the foregoing is true and correct.

Dated:   April 29, 2025                     SLATER LEGAL PLLC

                                        By: */s/ James M. Slater*
                                              James M. Slater (admitted *pro hac vice*)

## **[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Court ORDERS that mediation must be completed no later than July 31, 2025

Dated: _____

_____
HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE