| | |
|---|---|
| ETHAN JACOBS LAW CORPORATION<br>Ethan Jacobs (SBN 291838)<br>ethan@ejacobslaw.com<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 275-0845<br><br>SLATER LEGAL PLLC<br>James M. Slater (admitted *pro hac vice*)<br>james@slater.legal<br>2296 Henderson Mill Rd. NE #116<br>Atlanta, GA 30345<br>Telephone: (404) 458-7283<br><br>*Attorneys for Plaintiff*<br>*Miriam Goldberg* | LAW OFFICES OF ALLA V. VOROBETS<br>Alla V. Vorobets (SBN 258586)<br>avorobets@vorobetslaw.com<br>9270 Madison Ave.<br>Orangevale, CA 95662<br>Telephone: (916) 966-8529<br><br>*Attorneys for Defendants*<br>*TeachBK, Inc., Ilya Kiselev*<br>*& Andrei Burstev* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miriam Goldberg,<br><br>    Plaintiff,<br><br>v.<br><br>TeachBK, Inc., *et al.*,<br><br>    Defendants. | Case No.: 3:24-cv-4525<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE DEADLINE TO COMPLETE MEDIATION** |

    Plaintiff Miriam Goldberg and Defendants TeachBK, Inc., Ilya Kiselev, and Andrey Burtsev (collectively, "Defendants") hereby agree and stipulate as follows:

    The Court referred this case to mediation on February 28, 2025. [ECF No. 47]. Pursuant to the ADR Local Rule 6.4(c), mediation must be completed by May 29, 2025. Given that defense counsel seeks to withdraw from representation of Defendants in this case, it would be in the parties' best interest to delay mediation until the pending motion to withdraw is resolved.

Accordingly, the parties stipulate and jointly request that the Court enlarge the deadline to complete mediation through July 31, 2025.

  IT IS SO STIPULATED.

Dated: April 29, 2025     Respectfully submitted,

               SLATER LEGAL PLLC

               By: */s/ James M. Slater*
                 James M. Slater (admitted *pro hac vice*)

               *Attorney for Plaintiff Miriam Goldberg*

               LAW OFFICES OF ALLA V. VOROBETS

               By: */s/ Alla V. Vorobets*
                 Alla V. Vorobets (SBN 258586)

               *Attorney for Defendants TeachBK, Inc., Ilya Kiselev, and Andrei Burtsev*

## **ATTESTATION OF CONCURRENCE**

I, James M. Slater, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION**. I attest that, pursuant to United States District Court, Northern District of California L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from counsel for Defendants. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2025     SLATER LEGAL PLLC

               By: */s/ James M. Slater*
                 James M. Slater (admitted *pro hac vice*)

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Court ORDERS that mediation must be completed no later than July 31, 2025

Dated: April 30, 2025

_____
HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE