UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GOLDBERG,<br><br>Plaintiff,<br><br>v.<br><br>TEACHBK, INC., et al.,<br><br>Defendants. | Case No. 24-cv-04525-LJC<br><br>**ORDER REGARDING STATUS REPORT ON OBTAINING NEW COUSEL; ORDER REGARDING DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 54, 55 |

The Court previously directed Defendant TeachBK to "endeavor to obtain new counsel no later than June 23, 2025" and file a status report regarding its efforts to obtain counsel by June 26, 2025. ECF No. 54 at 3. As of the filing of this order, no status report has been filed. Defendant TeachBK is ordered to file an update with the Court no later than July 7, 2025 explaining whether it has obtained counsel. The Court reminds Defendants that because TeachBK is a corporation, it may only appear through licensed counsel and may not proceed *pro se*. *See D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973 (9th Cir. 2004). Failure to obtain counsel may result in the entry of default.

Plaintiff Miriam Goldberg submitted a unilateral discovery letter brief on June 25, 2025 regarding Defendants' purportedly deficient document production. ECF No. 55. Based on Plaintiff's representations, it appears that Defendants did not make themselves available to meet and confer regarding the issues raised in the letter. The undersigned's Standing Order ¶ F-5 requires parties to make a good faith effort to resolve discovery disputes before seeking Court intervention, first by corresponding via letter, phone call, or email, and, if that is not successful, by meeting and conferring either in person or over videoconference. Although Defendants are not currently represented, they are still required to follow the rules of procedure and this Court's

Standing Order, including the requirement to meet and confer in good faith to try to resolve discovery disputes. The parties are accordingly ordered to meet and confer in person or via video conference by July 18, 2025 regarding the deficiencies Plaintiff raises in her letter. If the parties are unable to resolve these issues, they may submit a joint discovery letter following the procedures in the Court's Standing Order.

If Defendants Ilya Kiselev and Andrey Burtsev intend to proceed pro se in this action, the Court strongly encourages them to consult the Northern District of California's resources for pro se litigants, available online at: https://cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: July 1, 2025

LISA J. CISNEROS
United States Magistrate Judge