Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845

James M. Slater (admitted *pro hac vice*)
james@slater.legal
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283

*Attorneys for Plaintiff*
*Miriam Goldberg*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GOLDBERG,<br>a/k/a Marina Sokolovskaya,<br><br>    Plaintiff,<br><br>v.<br><br>TEACHBK, INC., ILYA KISELEV and<br>ANDREI BURTSEV,<br><br>    Defendants. | Case No.: 3:24-cv-04525<br><br>**CERTIFICATE OF SERVICE OF COURT ORDER ON STATUS REPORT AND DISCOVERY** |

The undersigned counsel for Plaintiff Miriam Goldberg certifies that on this date he served a copy of the Court's Order Regarding (I) Status Report on Obtaining New Counsel and (II) Discovery Dispute [ECF No. 56] on Defendants Ilya Kiselev and Andrey Burtsev by email, copying former counsel Alla Vorobets for forwarding purposes. [*See* ECF No. 54 at 3].

Dated: July 1, 2025

                                              Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (admitted *pro hac vice*)
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283
james@slater.legal

Ethan Jacobs (SBN 291838)
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845
ethan@ejacobslaw.com

*Attorneys for Plaintiff Miriam Goldberg*

Certificate of Service of Court Order on Status Report and Discovery