# Exhibit A

ETHAN JACOBS LAW CORPORATION
Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

SLATER LEGAL PLLC
James M. Slater (admitted *pro hac vice*)
james@slater.legal
2296 Henderson Mill Rd. NE #116
Atlanta, GA 30345
Telephone: (404) 458-7283

*Attorneys for Plaintiff*
*Miriam Goldberg*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miriam Goldberg,<br><br>    Plaintiff,<br><br>v.<br><br>TeachBK, Inc., *et al.*,<br><br>    Defendants. | Case No.: 3:24-cv-4525<br><br>**PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT ILYA KISELEV** |

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff Miriam Goldberg hereby requests that Defendant Ilya Kiselev within thirty days provide written responses to the following Request for Admissions.

**<u>Specific Requests</u>**

1. Admit that in August 2022 your Instagram account was "kiselevilya84."

2. Admit that on August 21, 2022 you posted the Instagram post depicted in paragraph 33 of the Complaint (the "First Instagram Post").

3. Admit that you authored the First Instagram Post.

4. Admit that no one else authored the First Instagram Post.

1

5. Admit that on August 30, 2022 you posted the Instagram post depicted in paragraph 35 of the Complaint (the "Second Instagram Post").

6. Admit that you authored the Second Instagram Post.

7. Admit that no one else authored the Second Instagram Post.

8. Admit that you wrote the following text located at https://teachbk.com/2024/05/18/grazhdanki-ssha-rabotayut-s-moskvoj-kreml-na-svyazi/:

**ГРАЖДАНКИ США РАБОТАЮТ С МОСКВОЙ / КРЕМЛЬ НА СВЯЗИ**

Автор TeachBK inc. | Новости | 18.05.2024

Марина Соколовская, Екатерина Панова (Rubic.us), Максим Харитонов (KK Amirates) единая связанная структура по мошенническим схемам и передачи данных о просителях политического убежища в Москву. Каждый раз когда вы обращаетесь к этим людям вы несете высокий риск передачи ваших данных туда, откуда вы уезжаете и тем людям кто вас ищет.
С уважением, команда TeachBK.

9. Admit that you created the image in the Instagram post depicted in paragraph 48 of the Complaint (the "Third Instagram Post").

10. Admit that you wrote the text in image in the Third Instagram Post.

11. Admit that you wrote the text in the body of the Third Instagram Post following the handle "teach.bk."

12. Admit that you created the image depicted in paragraph 22 of the Complaint.

13. Admit that you created the image depicted in paragraph 42 of the Complaint.

14. Admit that the voice depicted in the recording at https://soundcloud.com/slater-legal/rubic-recording is your voice.

15. Admit that you authored the post with the time stamp 4:33 p.m. depicted in the image below:



16. Admit that you authored the post in the white background with time stamp 7:36 p.m. in the image above that begins with "нет," and responds to the user "Aleksandra":

17. Admit that you authored the post in the white background with time stamp 10:51 p.m. in the image depicted below that begins with "нет," and responds to the user "Me too":



18. Admit that you superimposed Plaintiff's face on the woman in the first image depicted below under the date stamp "March 8, 2024."

Plaintiff's First Request for Admissions to Defendant Kiselev
Case No.: 3:24-cv-4525

![Screenshot of Telegram channel "Желток ТВ" with 92 subscribers, dated March 8, 2024 and March 14, 2024]

Post text (March 8, 2024):
Нам в редакцию прислали интересную новость.
Марина Соколовская снимает документальный фильм про саму себя - "Кто такая Марина Соколовская 2".
Ждем с нетерпением!!
(Афишу фильма слили недоброжелатели)

Reactions: 💊 4  👍 3  🤣 2  🔥 1  😁 1  🤡 1  🙈 1
👁 1.4K 4:53 PM
2 Comments

March 14, 2024
Visible caption fragment: "наняли их, напишите мне, пожалуйста, я гарантирую анонимность, и попробую вам помочь."
0:11
Кажется мы нашли новое рекламное лицо мази Календула

| | | |
|---|---|---|
| 1 | Dated: March 13, 2025 | SLATER LEGAL PLLC |
| 2 | | |
| 3 | | By:  /s/ James M. Slater |
| 4 | |      JAMES M. SLATER |
|   | |      Attorneys for Plaintiff Miriam Goldberg |

PROOF OF SERVICE

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

On March 13, 2025, I served following document(s)

**PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT KISELEV**

on the person(s) listed below:

Alla C. Vorobets and Celia Bernal
Law Office of Alla C. Vorobets
9270 Madison Avenue
Orangevale, California 95662

**Attorneys for Defendants TeachBK, Inc., Ilya Kiselev & Andrey Burtsev**

The document(s) were served by the following means:

___ **By PERSONAL SERVICE.** I personally delivered, or caused to be delivered, the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the document in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of 8:00 a.m. and 6:00 p.m.

___ **By UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above; and (1) deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid; or (2) placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

___ I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Atlanta, Georgia.

___ **By OVERNIGHT DELIVERY**. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

___ **By MESSENGER SERVICE.** I served the documents by placing them in an envelope or package addressed to the person at the address listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below).*

7

| | |
|---|---|
| ___ | **By FAX TRANSMISSION.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No errors were reported by the fax machine that I used. |
| **X** | **By E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the party to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic messages or other indication that the transmissions were unsuccessful. |

    I declare under the penalty under the laws of the State of California that the foregoing is true and correct.


Dated:  March 13, 2025                                  /s/ James M. Slater
                                                                                James M. Slater

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Miriam Goldberg,
  Plaintiff,

v.

TeachBK, Inc., et al.,
  Defendant.

*Case No.: 3:24-cv-4525*

## DEFENDANT ILYA KISELEV'S (TeachBK, Inc., et al.,) RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant Ilya Kiselev responds as follows:

### Request for Admission No. 1

This Instagram account refers to a district in Moscow and has no connection to this case.

### Request for Admission No. 2

This post is unrelated to the current case.

### Request for Admission No. 3

This post is unrelated to the current case.

### Request for Admission No. 4

This post is unrelated to the current case.

### Request for Admission No. 5

This post is unrelated to the current case.

### Request for Admission No. 6

This post is unrelated to the current case.

### Request for Admission No. 7

This post is unrelated to the current case.

### Request for Admission No. 8

The post is a direct re-posting of the full text from the TeachBK YouTube channel to our website teachbk.com.

### Request for Admission No. 9

The image was suggested or generated using artificial intelligence, incorporating historical symbolism. The U.S. flag and Soviet emblems were used as contrasting symbols with geographic association.

### Request for Admission No. 10

The image was generated by artificial intelligence based on the video title from the channel.

### Request for Admission No. 11

The post is a full copy of the text from the TeachBK YouTube channel.

### Request for Admission No. 12

The image was suggested or generated using AI and a public image of Marina Sokolovskaya from her YouTube channel.

### Request for Admission No. 13

The image was generated by artificial intelligence.

### Request for Admission No. 14

This audio recording is unrelated to the current case.

### Request for Admission No. 15

Yes. This post (a re-post of an older video) was published on Telegram in response to repeated posts and negative comments directed at us by Marina Sokolovskaya on her social media accounts, which Defendant believes violated a prior mutual agreement of media silence between the parties.

### Request for Admission No. 16

Yes.

### Request for Admission No. 17

Yes.

### Request for Admission No. 18

No. We have no connection to this resource or the publication therein.

Respectfully submitted,
Dated: June 21, 2025

By: /s/ TeachBK, Inc., et al.,
Defendant