ETHAN JACOBS LAW CORPORATION
Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

SLATER LEGAL PLLC
James M. Slater (admitted *pro hac vice*)
james@slater.legal
2296 Henderson Mill Rd. NE #116
Atlanta, GA 30345
Telephone: (404) 458-7283

*Attorneys for Plaintiff
Miriam Goldberg*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miriam Goldberg, | Case No.: 3:24-cv-4525 |
| Plaintiff, | **SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE DEADLINE TO COMPLETE MEDIATION** |
| v. | |
| TeachBK, Inc., *et al.*, | |
| Defendants. | |

Plaintiff Miriam Goldberg and Defendants Ilya Kiselev, and Andrey Burtsev (collectively, "Defendants") hereby agree and stipulate as follows:

The Court referred this case to mediation on February 28, 2025. [ECF No. 47]. Pursuant to the ADR Local Rule 6.4(c), mediation was to be completed by May 29, 2025. Prior to that deadline, on April 24, 2025, counsel for Defendants moved to withdraw from this case. [ECF No. 50]. Because of that fact, the parties stipulated to enlarge the deadline to complete mediation through July 31, 2025, which the Court adopted. [ECF Nos. 52 & 53]. Defendants

are now proceeding pro se, [*see* ECF No. 54], and have recently met and conferred on discovery matters as required by the Court [ECF No. 56]. To ensure that the parties can meaningfully resolve disputed discovery matters and further develop the issues and facts prior to conducting mediation, the parties have agreed to enlarge the deadline by an additional 90 days, through October 29, 2025, to complete mediation.

Accordingly, the parties stipulate and jointly request that the Court enlarge the deadline to complete mediation through October 29, 2025.

IT IS SO STIPULATED.

Dated:   July 11, 2025                        Respectfully submitted,

                                                              SLATER LEGAL PLLC

                                                              By: */s/ James M. Slater*
                                                                    James M. Slater (admitted *pro hac vice*)

                                                              *Attorney for Plaintiff Miriam Goldberg*


                                                               */s/ Andrey Burtsev (w/ express permission)*
                                                              Andrey Burtsev, Defendant


                                                               */s/ Ilya Kiselev (w/ express permission)*
                                                              Ilya Kiselev, Defendant


## **ATTESTATION OF CONCURRENCE**

I, James M. Slater, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION**. I attest that, pursuant to United States District Court, Northern District of California L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Defendants. I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July 11, 2025                        SLATER LEGAL PLLC

                                                              By: */s/ James M. Slater*
                                                                    James M. Slater (admitted *pro hac vice*)

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Court ORDERS that mediation must be completed no later than October 29, 2025.

Dated: August 18, 2025

_____
HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE