Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845

James M. Slater (admitted *pro hac vice*)
james@slater.legal
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283

*Attorneys for Plaintiff
Miriam Goldberg*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GOLDBERG,<br>a/k/a Marina Sokolovskaya,<br><br>  Plaintiff,<br><br>v.<br><br>TEACHBK, INC., ILYA KISELEV and ANDREI BURTSEV,<br><br>  Defendants. | Case No.: 3:24-cv-04525<br><br>**VERIFIED NOTICE OF DEFENDANT ILYA KISELEV'S NONCOMPLIANCE WITH COURT ORDER REGARDING DISCOVERY** |

On September 5, 2025, the Court entered an Order Regarding Discovery Dispute (the "Order") [ECF No. 63], in which it ordered (1) Defendants Ilya Kiselev and Andrei Burtsev to "produce the full email exchange between Mr. Burtsev and FBI Agent Jason Fuller as well as all other communications between Defendants and the FBI regarding Plaintiff"; and (2) Defendant Kiselev to "serve amended responses substantively responding to RFAs Nos. 1 through 7." [*Id.* at 2, 3]. Defendants were required to comply with the Order no later than September 19, 2025.

On the same date as its issuance, the undersigned forwarded a copy of the Order to Defendants Kiselev and Burtsev via email, copying former counsel Alla Vorobets, per the Court's Order of Withdrawal [ECF No. 54 at 3], and informed Defendants that they were required to provide the above-referenced records and supplemental responses no later than September 19. The undersigned filed a certificate of service reflecting the same. [ECF No. 64].

Several hours after emailing a copy of the Order to Defendants Burtsev and Kiselev, Mr. Burtsev replied to the undersigned's email, wherein he enclosed three .eml files containing what he has confirmed in writing to be the complete substance of the email conversation with Special Agent Fuller. The following day the undersigned emailed Defendants to confirm whether these three files were the extent of their communications with the FBI. The next day, Mr. Burtsev responded that they were all the communications *he* possessed. The undersigned responded and inquired whether the same was true for Mr. Kiselev. Mr. Kiselev did not respond.

On September 15, the undersigned wrote to Defendants again via email and asked Mr. Kiselev (1) to confirm whether he had any additional records or communications with the FBI and (2) to remind him that his supplemental responses to RFAs Nos. 1-7 were not yet received. The undersigned informed Mr. Kiselev that if he did not provide the records by September 19, the undersigned would need to inform the Court. Mr. Kiselev again did not respond.

To date, Mr. Kiselev has not complied with the Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2025.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (admitted *pro hac vice*)
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283
james@slater.legal

*Attorneys for Plaintiff Miriam Goldberg*
