Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845

James M. Slater (admitted *pro hac vice*)
james@slater.legal
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283

*Attorneys for Plaintiff*
*Miriam Goldberg*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GOLDBERG, a/k/a Marina Sokolovskaya, <br><br> Plaintiff, <br><br> v. <br><br> TEACHBK, INC., ILYA KISELEV and ANDREI BURTSEV, <br><br> Defendants. | Case No.: 3:24-cv-04525 <br><br> **CERTIFICATE OF SERVICE OF VERIFIED NOTICE OF DEFENDANT ILYA KISELEV'S NONCOMPLIANCE WITH COURT ORDER REGARDING DISCOVERY** |

The undersigned counsel for Plaintiff Miriam Goldberg certifies that on this date he served a copy of the Verified Notice of Defendant Ilya Kiselev's Noncompliance with Court Order Regarding Discovery [ECF No. 65] on Defendants Ilya Kiselev and Andrey Burtsev by email, copying former counsel Alla Vorobets for forwarding purposes. [*See* ECF No. 54 at 3].

Dated: September 20, 2025

        Respectfully submitted,

        */s/ James M. Slater*
        James M. Slater (admitted *pro hac vice*)
        SLATER LEGAL PLLC
        2296 Henderson Mill Rd. N.E. #116
        Atlanta, Georgia 30345
        Tel.: (404) 458-7283
        james@slater.legal

        Ethan Jacobs (SBN 291838)
        ETHAN JACOBS LAW CORPORATION
        100 Pine Street, Suite 1250
        San Francisco, California 94111
        Tel.: (415) 275-0845
        ethan@ejacobslaw.com

        *Attorneys for Plaintiff Miriam Goldberg*