ETHAN JACOBS LAW CORPORATION
Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

SLATER LEGAL PLLC
James M. Slater (admitted *pro hac vice*)
james@slater.legal
2296 Henderson Mill Rd. NE #116
Atlanta, GA 30345
Telephone: (404) 458-7283

*Attorneys for Plaintiff
Miriam Goldberg*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miriam Goldberg, | Case No.: 3:24-cv-4525 |
| Plaintiff, | **THIRD JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE DEADLINE TO COMPLETE MEDIATION** |
| v. | |
| TeachBK, Inc., *et al.*, | |
| Defendants. | |

Plaintiff Miriam Goldberg and Defendants Ilya Kiselev, and Andrey Burtsev (collectively, "Defendants") hereby agree and stipulate as follows:

The Court referred this case to mediation on February 28, 2025. [ECF No. 47]. Pursuant to the ADR Local Rule 6.4(c), mediation was to be completed by May 29, 2025. Prior to that deadline, on April 24, 2025, counsel for Defendants moved to withdraw from this case. [ECF No. 50]. Because of that fact, the parties stipulated to enlarge the deadline to complete mediation through July 31, 2025, which the Court adopted. [ECF Nos. 52 & 53]. Defendants

are now proceeding pro se. [ECF No. 54]. Because of pending discovery matters, the parties again jointly stipulated to enlarge the deadline to complete mediation through October 29, 2025, which the Court adopted. [ECF Nos. 58 & 60]. In the interim, the parties attended a conference with the mediator, during which time it became clear that Defendants would require an interpreter to conduct mediation. The parties delayed mediation on this basis and had tentatively scheduled mediation for October 21, but mediation did not occur on this date due to a misunderstanding. Instead, the mediator held a status conference on October 21 during which time the parties agreed to reset mediation for December 8, 2025. The parties and mediator could not convene sooner due to the parties' and mediator's respective schedules and an upcoming trial.

Accordingly, the parties stipulate and jointly request that the Court enlarge the deadline to complete mediation through December 15, 2025.

IT IS SO STIPULATED.

Dated:   October 21, 2025               Respectfully submitted,

                                        SLATER LEGAL PLLC

                                        By: */s/ James M. Slater*
                                            James M. Slater (admitted *pro hac vice*)

                                        *Attorney for Plaintiff Miriam Goldberg*


                                            */s/ Andrey Burtsev (w/ express permission)*
                                        Andrey Burtsev, Defendant


                                            */s/ Ilya Kiselev (w/ express permission)*
                                        Ilya Kiselev, Defendant

**ATTESTATION OF CONCURRENCE**

I, James M. Slater, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION**. I attest that, pursuant to United States District Court, Northern District of California L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Defendants. I declare under penalty of perjury that the foregoing is true and correct.

Dated:   October 21, 2025                    SLATER LEGAL PLLC

By:/s/ *James M. Slater*
    James M. Slater (admitted *pro hac vice*)

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Court ORDERS that mediation must be completed no later than December 15, 2025.

Dated: _____

_____
HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE