ETHAN JACOBS LAW CORPORATION
Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

SLATER LEGAL PLLC
James M. Slater (admitted *pro hac vice*)
james@slater.legal
2296 Henderson Mill Rd. NE #116
Atlanta, GA 30345
Telephone: (404) 458-7283

*Attorneys for Plaintiff
Miriam Goldberg*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miriam Goldberg, | Case No.: 3:24-cv-4525 |
| Plaintiff, | **UNILATERAL STIPULATION AND [PROPOSED] ORDER FOR REMOTE HEARING** |
| v. | |
| TeachBK, Inc., *et al.*, | Date: January 27, 2026 |
| Defendants. | Time: 10:30 a.m. |
| | Courtroom: Room G, 15th Floor |
| | Judge: Hon. Lisa J. Cisneros |

Plaintiff Miriam Goldberg stipulates as follows:

Ms. Goldberg stipulates and requests that the hearing on Plaintiff's Motion for Sanctions against Defendant Ilya Kiselev [ECF No. 69] scheduled for January 27, 2026 at 10:30 a.m. be held remotely. As grounds, Ms. Goldberg states that, on information and belief, Mr. Kiselev has departed from the United States and is unable to attend in person. [*See id.* at 1 n.1]. Ms. Goldberg also advises the Court that Mr. Kiselev has difficulty speaking English and may need an interpreter for the hearing, if held.

The undersigned has endeavored to obtain permission to file a joint stipulation to this effect, explaining to Mr. Kiselev that he would otherwise need to appear in person in San Francisco for the hearing. In response, Mr. Kiselev wrote to the undersigned: "I do not object to the hearing being held via Zoom. However, I do not authorize you to add my signature or represent that I have stipulated to any relief."

IT IS SO STIPULATED.

Dated:   January 7, 2026                    Respectfully submitted,

                                                      SLATER LEGAL PLLC

                                                     By: */s/ James M. Slater*
                                                          James M. Slater (admitted *pro hac vice*)

                                                     *Attorney for Plaintiff Miriam Goldberg*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026 a true and correct copy of this document will be served on Defendants Ilya Kiselev and Andrey Burtsev via email, with a copy delivered by email to Alla Vorobets, for forwarding purposes.

                                                   */s/ James M. Slater*
                                                   James M. Slater

## [PROPOSED] ORDER

Pursuant to Plaintiff Miriam Goldberg's unilateral stipulation, the grounds raised therein, and good cause appearing, the Court ORDERS that the hearing on Plaintiff's Motion for Sanctions [ECF No. 69] be held remotely via Zoom on January 27, 2026 at 10:30 a.m.

Dated: _____

_____
HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE