UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GOLDBERG,<br><br>        Plaintiff,<br><br>    v.<br><br>TEACHBK, INC., et al.,<br><br>        Defendants. | Case No. 24-cv-04525-LJC<br><br>**ORDER ON REQUEST FOR REMOTE HEARING; ORDER TO SHOW CAUSE** |

Plaintiff Miriam Goldberg filed a motion for sanctions against Defendant Ilya Kiselev on December 22, 2025, setting a hearing on the matter for January 27, 2026. ECF No. 69. Mr. Kiselev's opposition was due on January 5, 2026, but, to date, no opposition has been filed. Plaintiff filed a "unilateral stipulation" on January 7, 2026, requesting that the hearing on the motion for sanctions be held remotely and advising the Court that Mr. Kiselev "has departed from the United States" and thus will be unable to attend the hearing in person. ECF No. 72 at 1. Plaintiff further advised the Court that Mr. Kiselev "has difficulty speaking English and may need an interpreter for the hearing." *Id.*

The Court construes Plaintiff's "unilateral stipulation" as a motion for administrative relief, and GRANTS Plaintiff's request. *See* Civil L.R. 7-11. The hearing on the motion for sanctions (if it is not vacated) shall be held via Judge Cisneros's public Zoom webinar.

The Court next ORDERS Mr. Kiselev to show cause why Plaintiff's motion for sanctions should not be resolved on Plaintiff's motion and supporting papers alone and why the hearing on the motion should not be vacated. Mr. Kiselev did not file an opposition to the motion by the January 5, 2026, deadline, nor did he request an extension for filing an opposition. While the Court could construe Mr. Kiselev's lack of opposition at a concession to Plaintiff's arguments,

given his pro se status and that Plaintiff is requesting terminating sanctions, the Court orders Mr. Kiselev to file a response indicating if he opposes Plaintiff's motion for sanctions, explaining why he did not timely file an opposition, and setting forth any arguments he wishes to make in opposition to Plaintiff's motion by January 22, 2026.  His response must also address whether he opposes the Court vacating the January 27, 2026 hearing, and, if the hearing is not vacated, whether he will need an interpreter for the hearing.  The January 27, 2026 hearing, which is currently scheduled for 10:30 am, is continued to 1:30 pm.

Depending on the nature of Mr. Kiselev's response to this Order, the Court may vacate or continue the January 27, 2026 hearing, and, if warranted, provide Plaintiff leave to respond to Mr. Kiselev's response.

Plaintiff is ordered to serve a copy of this Order on Defendants via email by January 16, 2026, with a copy delivered by email to Defendants' former counsel Alla Vorobets, for forwarding purposes.

**IT IS SO ORDERED.**

Dated: January 15, 2026

LISA J. CISNEROS
United States Magistrate Judge