Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845

James M. Slater (admitted *pro hac vice*)
james@slater.legal
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283

*Attorneys for Plaintiff*
*Miriam Goldberg*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GOLDBERG, a/k/a Marina Sokolovskaya, <br><br> Plaintiff, <br><br> v. <br><br> TEACHBK, INC., ILYA KISELEV and ANDREI BURTSEV, <br><br> Defendants. | Case No.: 3:24-cv-04525 <br><br> **CERTIFICATE OF SERVICE OF ORDER ON REQUEST FOR REMOTE HEARING; ORDER TO SHOW CAUSE** |

The undersigned counsel for Plaintiff Miriam Goldberg certifies that on this date he served a copy of the Order on Request for Remote Hearing and to Show Cause [ECF No. 73] on Defendants Ilya Kiselev and Andrey Burtsev by email, copying former counsel Alla Vorobets for forwarding purposes. [*See id.* at 2; *see also* ECF No. 54 at 3].

Dated: January 15, 2026

                Respectfully submitted,

                */s/ James M. Slater*
                James M. Slater (admitted *pro hac vice*)
                SLATER LEGAL PLLC
                2296 Henderson Mill Rd. N.E. #116
                Atlanta, Georgia 30345
                Tel.: (404) 458-7283
                james@slater.legal

                Ethan Jacobs (SBN 291838)
                ETHAN JACOBS LAW CORPORATION
                100 Pine Street, Suite 1250
                San Francisco, California 94111
                Tel.: (415) 275-0845
                ethan@ejacobslaw.com

                *Attorneys for Plaintiff Miriam Goldberg*