Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845

James M. Slater (admitted *pro hac vice*)
james@slater.legal
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283

*Attorneys for Plaintiff*
*Miriam Goldberg*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GOLDBERG, a/k/a Marina Sokolovskaya, <br><br> Plaintiff, <br><br> v. <br><br> TEACHBK, INC., ILYA KISELEV and ANDREI BURTSEV, <br><br> Defendants. | Case No.: 3:24-cv-04525 <br><br> **PLAINTIFF'S NOTICE OF FILING DEFENDANT ILYA KISELEV'S RESPONSE TO ORDER TO SHOW CAUSE** |

1     Plaintiff Miriam Goldberg provides notice of the attached response from Defendant Ilya Kiselev in response to the Court's Order to Show Cause. Mr. Kiselev emailed the response to undersigned counsel, who informed Mr. Kiselev that he would likely need to mail it to the Court. As set forth in the attached declaration, Mr. Kiselev told undersigned "James, I think you should go to hell... and without email." While the undersigned declined Mr. Kiselev's invitation, because his response did not clarify whether he will in fact mail his response, Plaintiff attaches it here in an abundance of caution so that the record is complete.

Dated: January 21, 2026

                                          Respectfully submitted,

                                          */s/ James M. Slater*
                                          James M. Slater (admitted *pro hac vice*)
                                          SLATER LEGAL PLLC
                                          2296 Henderson Mill Rd. N.E. #116
                                          Atlanta, Georgia 30345
                                          Tel.: (404) 458-7283
                                          james@slater.legal

                                          Ethan Jacobs (SBN 291838)
                                          ETHAN JACOBS LAW CORPORATION
                                          100 Pine Street, Suite 1250
                                          San Francisco, California 94111
                                          Tel.: (415) 275-0845
                                          ethan@ejacobslaw.com

                                          *Attorneys for Plaintiff Miriam Goldberg*