Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845

James M. Slater (admitted *pro hac vice*)
james@slater.legal
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283

*Attorneys for Plaintiff*
*Miriam Goldberg*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GOLDBERG, a/k/a Marina Sokolovskaya,<br><br>Plaintiff,<br><br>v.<br><br>TEACHBK, INC., ILYA KISELEV and ANDREI BURTSEV,<br><br>Defendants. | Case No.: 3:24-cv-04525-LJC<br><br>**DECLARATION OF JAMES M. SLATER** |

1

I, James M. Slater, declare as follows:

1. My name is James M. Slater. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

2. I am lead counsel for Plaintiff Miriam Goldberg in the above-referenced case. The purpose of this declaration is to provide factual support concerning Mr. Kiselev's response to the order to show cause.

3. Per the January 15, 2026 certificate of service, I forwarded a copy of the Court's order to show cause to Mr. Kiselev by email, copying Alla Vorobets for forwarding purposes.

4. On January 18, 2026, Mr. Kiselev emailed his response to the order to show cause to me and me "candcrd@cand.uscourts.gov."

5. A true and correct copy of Mr. Kiselev's response is filed herewith.

6. Later that date, I emailed Mr. Kiselev, copying Alla Vorobets, explaining that I believed he needed to mail a copy of the response, not just email it. A true and correct copy of my correspondence with Mr. Kiselev is attached as **Exhibit 1** hereto.

7. While Mr. Kiselev does not speak English, I am a Russian speaker, and our conversations are therefore in Russian (using both Cyrillic and Latin letters). To aid the Court and present a neutral translation of the correspondence, I append a copy of the correspondence that I ran through Google Translate, which is attached as **Exhibit 2** hereto.

8. In response to my email that Mr. Kiselev likely needed to mail a copy of the response, he wrote that he thought I should "go to hell and without email." *See* Ex. 1 & Ex. 2.

9. It should be noted that while the typical translation of what Mr. Kiselev wrote is "go to hell," it is literally translated a "go on a dick" or "ride a dick." It should also be noted that Mr. Kiselev did not write out the full word "dick," but rather used ellipses after the first letter of this common expression. For the record, not only do I speak Russian, but I lived, studied, and worked in Russia for several years and am

familiar with both this common expression and the way that Mr. Kiselev shortened it in his email.

10. While Mr. Kiselev emailed me again a few minutes later, essentially to ask why I was copying Ms. Vorobets, as the Court has ordered, he has not clarified whether he has or will mail his response to the Clerk other than saying he will "manage." *See* Ex. 1 & 2. Accordingly, in an abundance of caution, I have provided a copy for the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 21, 2026 in Atlanta, Georgia.

_____
James M. Slater