# Exhibit 1

| | |
|---|---|
| **From:** | reklama.kiselev@yandex.ru |
| **Sent:** | Sunday, January 18, 2026 4:54 PM |
| **To:** | James M. Slater |
| **Cc:** | Andrey Burtsev; Ethan Jacobs; Alla Vorobets |
| **Subject:** | Re: Activity in Case 3:24-cv-04525-LJC Goldberg v. TeachBK, Inc. et al Certificate of Service |

Джеймс, я думаю вам на пойти на х.....  и без email.

----------------
Кому: Илья Киселев (reklama.kiselev@yandex.ru);
Копия: Andrey Burtsev (burtsev.andrey@gmail.com), Ethan Jacobs (ethan@ejacobslaw.com), Alla Vorobets (avorobets@vorobetslaw.com);
Тема: Activity in Case 3:24-cv-04525-LJC Goldberg v. TeachBK, Inc. et al Certificate of Service;
19.01.2026, 00:51, "James M. Slater" <james@slater.legal>:

> Ilya,
>
> Ya dumayu, chto vam nado eto otpravit cherez pochtu, ne po email.hl
>
> James
>
>
> **James Slater**
>
> Slater Legal PLLC
>
> [slater.legal](slater.legal)
>
>
> Atlanta Office/Mailing Address
>
> 2296 Henderson Mill Rd. N.E. #116
>
> Atlanta, GA 30345
>
> Tel. (404) 458-7283
>
>
> Tallahassee Office
>
> 113 S. Monroe Street
>
> Tallahassee, FL 32301

1

On Sun, Jan 18, 2026, 15:10 <reklama.kiselev@yandex.ru> wrote:
> + candcrd@, james@
> - все
>
> Dear Clerk of the Court,
>
> Attached please find Defendant Ilya Kiselev's Response to the Court's Order to Show Cause in Case No. 3:24-cv-04525-LJC.
>
> Respectfully,
> Ilya Kiselev
> Defendant, Pro Se

**From:** reklama.kiselev@yandex.ru
**Sent:** Sunday, January 18, 2026 5:00 PM
**To:** James M. Slater
**Cc:** Andrey Burtsev; Ethan Jacobs; Alla Vorobets
**Subject:** Re: Activity in Case 3:24-cv-04525-LJC Goldberg v. TeachBK, Inc. et al Certificate of Service

не переживай,я справлюсь)


----------------
Кому: Илья Киселев (reklama.kiselev@yandex.ru);
Копия: Andrey Burtsev (burtsev.andrey@gmail.com), Ethan Jacobs (ethan@ejacobslaw.com), Alla Vorobets (avorobets@vorobetslaw.com);
Тема: Activity in Case 3:24-cv-04525-LJC Goldberg v. TeachBK, Inc. et al Certificate of Service;
19.01.2026, 00:59, "James M. Slater" <james@slater.legal>:

> Ilya,
>
> Pomozhet vam chitat postanovleniya suda… Ya obyazan dobavit' ee…
>
> Pered tem, kak vy grubo govorite mne, stoit znat o chem idet rech…
>
>
> **James Slater**
>
> Slater Legal PLLC
>
> slater.legal
>
>
> Atlanta Office/Mailing Address
>
> 2296 Henderson Mill Rd. N.E. #116
>
> Atlanta, GA 30345
>
> Tel. (404) 458-7283
>
>
> Tallahassee Office
>
> 113 S. Monroe Street
>
> Tallahassee, FL 32301

On Sun, Jan 18, 2026, 16:55 <reklama.kiselev@yandex.ru> wrote:

Джеймс, ты реально конченный? тебе 100 раз сказали,что Алла Воробец не наш адвокат,ты ее в 100 раз ставишь в копию, тебе даже ее офис прислал документы о ее выходе из дела....

----------------

Кому: Илья Киселев (reklama.kiselev@yandex.ru);

Копия: Andrey Burtsev (burtsev.andrey@gmail.com), Ethan Jacobs (ethan@ejacobslaw.com), Alla Vorobets (avorobets@vorobetslaw.com);

Тема: Activity in Case 3:24-cv-04525-LJC Goldberg v. TeachBK, Inc. et al Certificate of Service;

19.01.2026, 00:51, "James M. Slater" <james@slater.legal>:

> Ilya,
>
> Ya dumayu, chto vam nado eto otpravit cherez pochtu, ne po email.hl
>
> James
>
> **James Slater**
>
> Slater Legal PLLC
>
> slater.legal
>
> Atlanta Office/Mailing Address
>
> 2296 Henderson Mill Rd. N.E. #116
>
> Atlanta, GA 30345
>
> Tel. (404) 458-7283
>
> Tallahassee Office
>
> 113 S. Monroe Street
>
> Tallahassee, FL 32301
>
>
>
> On Sun, Jan 18, 2026, 15:10 <reklama.kiselev@yandex.ru> wrote:
>> + candcrd@, james@

2

- все

Dear Clerk of the Court,

Attached please find Defendant Ilya Kiselev's Response to the Court's Order to Show Cause in Case No. 3:24-cv-04525-LJC.

Respectfully,
Ilya Kiselev
Defendant, Pro Se