# Exhibit 2



Translate

Text  Images  Websites

Detect language · English · Russian · Spanish          Russian · English · Spanish

From: reklama.kiselev@yandex.ru
Sent: Sunday, January 18, 2026 5:00 PM
To: James M. Slater
Cc: Andrey Burtsev; Ethan Jacobs; Alla Vorobets
Subject: Re: Activity in Case 3:24-cv-04525-LJC Goldberg v. TeachBK, Inc. et al Certificate of Service

не переживай, я справлюсь)

---------------

Кому: Илья Киселев (reklama.kiselev@yandex.ru);
Копия: Andrey Burtsev (burtsev.andrey@gmail.com), Ethan Jacobs (ethan@ejacobslaw.com), Alla Vorobets (avorobets@vorobetslaw.com);
Тема: Activity in Case 3:24-cv-04525-LJC Goldberg v. TeachBK, Inc. et al Certificate of Service;
19.01.2026, 00:59, "James M. Slater" <james@slater.legal>:

Ilya,

Pomozhet vam chitat postanovleniya suda... Ya obyazan dobavit' ee...

Pered tem, kak vy grubo govorite mne, stoit znat o chem idet rech...

James Slater
Slater Legal PLLC
slater.legal

On Sun, Jan 18, 2026, 16:55 <reklama.kiselev@yandex.ru> wrote:

Джеймс, ты реально конченный? тебе 100 раз сказали, что Алла Воробец не наш адвокат, ты ее в 100 раз ставишь в копию, тебе даже ее офис

From: reklama.kiselev@yandex.ru Sent: Sunday, January 18, 2026 5:00 PM To: James M. Slater Cc: Andrey Burtsev; Ethan Jacobs; Alla Vorobets Subject: Re: Activity in Case 3:24-cv-04525-LJC Goldberg v.
Show more

1,058    Advanced

---

From: reklama.kiselev@yandex.ru
Sent: Sunday, January 18, 2026 5:00 PM
To: James M. Slater
Cc: Andrey Burtsev; Ethan Jacobs; Alla Vorobets
Subject: Re: Activity in Case 3:24-cv-04525-LJC Goldberg v. TeachBK, Inc. et al Certificate of Service

Don't worry, I'll manage)

---------------

To: Ilya Kiselev (reklama.kiselev@yandex.ru);
Cc: Andrey Burtsev (burtsev.andrey@gmail.com), Ethan Jacobs (ethan@ejacobslaw.com), Alla Vorobets (avorobets@vorobetslaw.com);
Subject: Activity in Case 3:24-cv-04525-LJC Goldberg v. TeachBK, Inc. et al Certificate of Service;
January 19, 2026, 00:59, "James M. Slater" <james@slater.legal>:

Ilya,

It will help you to read the court orders... I am obligated to add her...

Before you rudely speak to me, you should know what we're talking about...

James Slater
Slater Legal PLLC
slater.legal

On Sun, Jan 18, 2026, 16:55 <reklama.kiselev@yandex.ru> wrote:

James, are you really completely hopeless? You've been told 100 times that Alla Vorobets is not our lawyer, and you keep adding her to the CC list 100 times, even her office sent you documents about her withdrawal from the case....