**Your Honor,**

I am a pro se defendant residing outside the United States. English is not my first language.

I respectfully state that I do oppose Plaintiff's motion for sanctions. I did not intentionally ignore the Court's deadlines. My failure to timely file an opposition was not willful and resulted from my misunderstanding of the procedural requirements, language barriers, and my location outside the United States.

I respectfully request that the Court not resolve the motion for sanctions solely on Plaintiff's motion and supporting papers and allow me an opportunity to be heard.

With respect to the hearing, I do not oppose the hearing being held remotely via Zoom. I do not oppose vacating the January 27, 2026 hearing if the Court determines that oral argument is unnecessary.

If the hearing proceeds, I will require an interpreter.

I am making good-faith efforts to comply with the Court's orders and respectfully request the Court's guidance and an opportunity to cure any deficiencies.

**Respectfully submitted,**

Ilya Kiselev
Defendant, Pro Se