1  Ethan Jacobs (SBN 291838)
   ethan@ejacobslaw.com
2  ETHAN JACOBS LAW CORPORATION
3  100 Pine Street, Suite 1250
   San Francisco, California 94111
4  Tel.: (415) 275-0845

5  James M. Slater (admitted *pro hac vice*)
6  james@slater.legal
   SLATER LEGAL PLLC
7  2296 Henderson Mill Rd. N.E. #116
   Atlanta, Georgia 30345
8  Tel.: (404) 458-7283

9
   *Attorneys for Plaintiff*
10 *Miriam Goldberg*

11

12            **UNITED STATES DISTRICT COURT**

13           **NORTHERN DISTRICT OF CALIFORNIA**

14

15

16 MIRIAM GOLDBERG,
   a/k/a Marina Sokolovskaya,          Case No.: 3:24-cv-04525
17
18        Plaintiff,
                                        **PLAINTIFF'S CERTIFICATE OF**
19 v.                                   **SERVICE OF NOTICE OF FILING**
                                        **RESPONSE TO ORDER TO SHOW**
20 TEACHBK, INC., ILYA KISELEV and      **CAUSE AND SUPPORTING**
   ANDREI BURTSEV,                      **DECLARATION AND EXHIBITS**
21
22        Defendants.

23

24

25

26

27

28

                          1

Plaintiff Miriam Goldberg, through her undersigned counsel, certifies that on the date below, her counsel provided to Mr. Kiselev, by email, true and correct copies of the notice of filing, declaration, exhibits, and response to order to show cause, which were filed in this action today at ECF No. 75-1–4. According to the Court's previous orders, Alla Vorobets was copied on this email communication for forwarding purposes.

Dated: January 21, 2026

Respectfully submitted,

/s/ James M. Slater
James M. Slater (admitted *pro hac vice*)
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283
james@slater.legal

Ethan Jacobs (SBN 291838)
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845
ethan@ejacobslaw.com

*Attorneys for Plaintiff Miriam Goldberg*

2