Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845

James M. Slater (admitted *pro hac vice*)
james@slater.legal
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283

*Attorneys for Plaintiff*
*Miriam Goldberg*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GOLDBERG,<br>a/k/a Marina Sokolovskaya,<br><br>　　　Plaintiff,<br><br>v.<br><br>TEACHBK, INC., ILYA KISELEV and<br>ANDREI BURTSEV,<br><br>　　　Defendants. | Case No.: 3:24-cv-04525-LJC<br><br>**CERTIFICATE OF SERVICE OF CLERK'S NOTICE VACATING MOTION HEARING** |

Plaintiff Miriam Goldberg, through her undersigned counsel, certifies that on the date below, her counsel provided to Defendants, by email, a copy of the Clerk's Notice Vacating the Motion Hearing. (ECF No. 77). According to the Court's previous orders, Alla Vorobets was copied on this email communication for forwarding purposes.

Dated: January 21, 2026

    Respectfully submitted,

    */s/ James M. Slater*
    James M. Slater (admitted *pro hac vice*)
    SLATER LEGAL PLLC
    2296 Henderson Mill Rd. N.E. #116
    Atlanta, Georgia 30345
    Tel.: (404) 458-7283
    james@slater.legal

    Ethan Jacobs (SBN 291838)
    ETHAN JACOBS LAW CORPORATION
    100 Pine Street, Suite 1250
    San Francisco, California 94111
    Tel.: (415) 275-0845
    ethan@ejacobslaw.com

    *Attorneys for Plaintiff Miriam Goldberg*