Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845

James M. Slater (admitted *pro hac vice*)
james@slater.legal
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283

*Attorneys for Plaintiff*
*Miriam Goldberg*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MIRIAM GOLDBERG, a/k/a Marina Sokolovskaya, <br><br> Plaintiff, <br><br> v. <br><br> TEACHBK, INC., ILYA KISELEV and ANDREI BURTSEV, <br><br> Defendants. | Case No.: 3:24-cv-04525 <br><br> **PLAINTIFF'S CERTIFICATE OF SERVICE OF ORDER GRANTING SANCTIONS** |

1

CERTIFICATE OF SERVICE OF ORDER GRANTING SANCTIONS

1    Plaintiff Miriam Goldberg, through her undersigned counsel, certifies that on

2  the date below, her counsel provided to Messrs. Kiselev and Burtsev, by email, a true

3  and correct copy of the Court's Order Granting Sanctions against Mr. Kiselev. [ECF

4  No. 80]. According to the Court's previous orders, Alla Vorobets was copied on this

5  email communication for forwarding purposes.

6  Dated: January 29, 2026

7                                          Respectfully submitted,

8                                          */s/ James M. Slater*

9                                          James M. Slater (admitted *pro hac vice*)
                                           SLATER LEGAL PLLC
10                                         2296 Henderson Mill Rd. N.E. #116
                                           Atlanta, Georgia 30345
11                                         Tel.: (404) 458-7283
                                           james@slater.legal
12

13                                         Ethan Jacobs (SBN 291838)
                                           ETHAN JACOBS LAW CORPORATION
14                                         100 Pine Street, Suite 1250
                                           San Francisco, California 94111
15                                         Tel.: (415) 275-0845
                                           ethan@ejacobslaw.com
16

17                                         *Attorneys for Plaintiff Miriam Goldberg*

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE OF ORDER GRANTING SANCTIONS