# Exhibit A
# to Slater Decl.

# Activities Export

01/30/2026
2:32 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/30/2026 | | Begin drafting supplemental statement on attorney's fees (0.7); research on whether fees for meet/confer are compensable under Rule 37 (0.9); research on whether "fees on fees" are compensable (0.6); continue drafting statement (0.8); research on lodestar/reasonableness in Ninth Circuit (0.5); prepare declaration in support of fees (0.8); analyze time sheets to prepare for filing (0.2); finalize statement based on time compensable under Rule 37 (0.4).<br><br>Unbilled | 00056-Goldberg Goldberg v. TeachBK | James Slater | 4.90h | $450.00 | - | $2,205.00 |

# Activities Export

01/30/2026
2:32 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| ███ | | ███████ | | | | | | |
| ███ | | ███████ | ██████ | ██ | ██ | ██ | ▌ | ███ |
| ███ | | ███████ | ██████ | ██ | ██ | ██ | ▌ | ███ |
| ███ | | ███████ | ██████ | ██ | ██ | ██ | ▌ | ███ |
| ███ | | ███████ | ██████ | ██ | ██ | ██ | ▌ | ███ |
| ███ | | ███████ | ██████ | ██ | ██ | ██ | ▌ | ███ |
| 12/18/2025 | | Continue revising motion for sanctions; draft declaration in support.<br>Billed invoice 199 | 00056-Goldberg<br>Goldberg v. TeachBK | James Slater | 2.10h | $395.00 | - | $829.50 |
| 12/17/2025 | | Draft motion for sanctions (2.3); research related to same (2.1).<br>Billed invoice 199 | 00056-Goldberg<br>Goldberg v. TeachBK | James Slater | 4.40h | $395.00 | - | $1,738.00 |
| ███ | | ███████ | ██████ | ██ | ██ | ██ | ▌ | ███ |

# Activities Export

01/30/2026
2:32 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| ▇ | ▇ | ▇ ▇ | ▇ | ▇ | | | | |
| ▇ | ▇ | ▇ ▇ | ▇ ▇ | ▇ | ▇ | ▇ | ▏ | ▇ |
| ▇ | ▇ | ▇▇ ▇ | ▇ ▇ | ▇ | ▇ | ▇ | ▏ | ▇ |
| | | | | | ▇ | | ▇ | ▇ |