# Exhibit B
# to Slater Decl.

| | |
|---|---|
| **From:** | reklama.kiselev@yandex.ru |
| **Sent:** | Friday, January 30, 2026 9:59 AM |
| **To:** | James M. Slater; Andrey Burtsev; Alla Vorobets; Ethan Jacobs |
| **Subject:** | Re: Activity in Case 3:24-cv-04525-LJC Goldberg v. TeachBK, Inc. et al Order on Motion for Sanctions |

Джеймс,я еще в прошлом письме вам написал в каком направлении вам двигаться! Не забудьте это включить в свой новый ролик вместе с мадам Соколовской))) И да,я ничего не обязан))

----------------

Кому: Илья Киселев (reklama.kiselev@yandex.ru), Andrey Burtsev (burtsev.andrey@gmail.com), Alla Vorobets (avorobets@vorobetslaw.com), Ethan Jacobs (ethan@ejacobslaw.com);
Тема: Activity in Case 3:24-cv-04525-LJC Goldberg v. TeachBK, Inc. et al Order on Motion for Sanctions;
29.01.2026, 18:58, "James M. Slater" <james@slater.legal>:

> См. приложенное постановление о применении санкций против Ильи. Илья будет обязан оплатить услуги.
>
> Илья, если вы хотите оплатить судебные издержки путем мирового соглашения, пожалуйста, сообщите. В противном случае мы представим наши документы в суд для решения о сумме денег.
>
> James
>
> **James Slater**
>
> Slater Legal PLLC
>
> slater.legal
>
> Atlanta Office/Mailing Address
>
> 2296 Henderson Mill Rd. N.E. #116
>
> Atlanta, GA 30345
>
> Tel. (404) 458-7283
>
> Tallahassee Office
>
> 113 S. Monroe Street
>
> Tallahassee, FL 32301

1

---------- Forwarded message ---------
From: <ECF-CAND@cand.uscourts.gov>
Date: Thu, Jan 29, 2026 at 10:49 AM
Subject: Activity in Case 3:24-cv-04525-LJC Goldberg v. TeachBK, Inc. et al Order on Motion for Sanctions
To: <efiling@cand.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

## U.S. District Court

## California Northern District

### Notice of Electronic Filing

The following transaction was entered on 1/29/2026 at 7:48 AM PST and filed on 1/29/2026

| | |
|---|---|
| **Case Name:** | Goldberg v. TeachBK, Inc. et al |
| **Case Number:** | 3:24-cv-04525-LJC |
| **Filer:** | |
| **Document Number:** | 80 |

**Docket Text:**
**ORDER by Judge Lisa J. Cisneros granting [69] Motion for Sanctions Against Defendant Ilya Kiselev.**

**(bns, COURT STAFF) (Filed on 1/29/2026)**

---

**Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**

**3:24-cv-04525-LJC Notice has been electronically mailed to:**

Celia R Bernal &nbsp &nbsp cbernal.vorobetslaw@gmail.com

Ethan Isaac Jacobs &nbsp &nbsp ethan@ejacobslaw.com

2

James Murray Slater &nbsp &nbsp james@slater.legal, eservice@slaterlegal.com, jslater@recap.email

**3:24-cv-04525-LJC Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

TeachBK, Inc.

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\24-cv-04525-ljc-order_granting_motion_for_sanctions.638319524989914230.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/29/2026] [FileNumber=23207856-0] [6635be6d660cf1fed4aa4c0c49223fd0f6790abb45ff302bab74957a00e0638e4026 e6d5a2b5a2bde54ac27df34925176c27de9b381ba0c08a0ea16f9aedc00c]]

 Virus-free.www.avast.com