OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** February 12, 2026 | **Time:** 2 minutes | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:24-cv-04525-LJC | **Case Name:** Goldberg v. TeachBK, Inc. | |

**For Plaintiff:** James Murray Slater, Slater Legal PLLC, counsel for Plaintiff

**For Defendant:** No Appearance

**Deputy Clerk:** Brittany Sims                **Recorded via Zoom:** 1:36 p.m.-1:38 p.m.

PROCEEDINGS

Further Case Management Conference held. Defendants did not appear for today's proceeding. Plaintiffs' counsel informed the Court that they had sent a reminder email to the Defendants, who do not have counsel. No modifications to existing scheduling order.