Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845

James M. Slater (admitted *pro hac vice*)
james@slater.legal
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283

*Attorneys for Plaintiff*
*Miriam Goldberg*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GOLDBERG,<br>a/k/a Marina Sokolovskaya,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TEACHBK, INC., ILYA KISELEV and<br>ANDREI BURTSEV,<br><br>　　　　Defendants. | Case No.: 3:24-cv-04525<br><br>**PLAINTIFF'S CERTIFICATE OF SERVICE OF ORDER AWARDING ATTORNEY'S FEES** |

Plaintiff Miriam Goldberg, through her undersigned counsel, certifies that on the date below, her counsel provided to Messrs. Kiselev and Burtsev, by email, a true and correct copy of the Court's Order Awarding Attorney's Fees against Mr. Kiselev. [ECF No. 84]. According to the Court's previous orders, Alla Vorobets was copied on this email communication for forwarding purposes.

Dated: March 16, 2026

                    Respectfully submitted,

                    */s/ James M. Slater*
                    James M. Slater (admitted *pro hac vice*)
                    SLATER LEGAL PLLC
                    2296 Henderson Mill Rd. N.E. #116
                    Atlanta, Georgia 30345
                    Tel.: (404) 458-7283
                    james@slater.legal

                    Ethan Jacobs (SBN 291838)
                    ETHAN JACOBS LAW CORPORATION
                    100 Pine Street, Suite 1250
                    San Francisco, California 94111
                    Tel.: (415) 275-0845
                    ethan@ejacobslaw.com

                    *Attorneys for Plaintiff Miriam Goldberg*