**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MIRIAM GOLDBERG,
a/k/a Marina Sokolovskaya,

    Plaintiff,

v.

TEACHBK, INC., ILYA KISELEV and
ANDREI BURTSEV,

    Defendants.

Case No.: 3:24-cv-04525

**DECLARATION OF JAMES M. SLATER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

I, James M. Slater, declare as follows:

1.    I am the founder of Slater Legal PLLC, counsel of record for plaintiff Miriam Goldberg in this action. I am lead counsel for Plaintiff and have associated with Ethan Jacobs of Ethan Jacobs Law Corporation as local counsel. I am licensed to practice in the States of Florida and Georgia and District of Columbia. I submit this declaration in support of the motion to withdraw as counsel that is being filed on behalf of me and Ethan Jacobs. I have personal knowledge of the facts set forth in this declaration and, if necessary, I could and would competently testify to those facts.

2.    Fact discovery concluded on March 27, 2026. There are no hearings currently scheduled in this matter.

3.    On March 30, 2026, Plaintiff discharged me and Ethan Jacobs as counsel. Due to my professional obligation to maintain client confidences and the attorney-client privilege, I cannot disclose to the Court additional specific facts. However, if the Court orders I will disclose those circumstances in camera.

4.    Mr. Jacobs and I have offered to continue to represent Plaintiff while she

seeks to retain new counsel, but she declined, as she intends to proceed *pro se*, and directed me to prepare and file a motion to withdraw on behalf of me and Mr. Jacobs without delay.

5.    On March 30, 2026, I emailed defendants Ilya Kiselev and Andrey Burtsey, to notify them of the intent for me and Mr. Jacobs to move to withdraw and to seek their position. They have not responded.

6.    I have complied with all the requirements to withdraw from representation. Specifically, (1) I have taken steps to avoid reasonably foreseeable prejudice to Plaintiff's rights; (2) I have offered to continue to represent Plaintiff while she seeks to retain other counsel; (3) I have given due notice to Defendants; and (4) I am prepared to transfer files to Plaintiff upon granting of this motion. To the extent Plaintiff decides to retain counsel, I will transfer file to such counsel and will endeavor to make the transition as seamless as possible.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of March 2026 in Atlanta, Georgia

James M. Slater

2

Declaration of James M. Slater in Support of Motion to Withdraw