# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MIRIAM GOLDBERG,
a/k/a Marina Sokolovskaya,

    Plaintiff,

v.

TEACHBK, INC., ILYA KISELEV and
ANDREI BURTSEV,

    Defendants.

Case No.: 3:24-cv-04525

**DECLARATION OF MIRIAM GOLDBERG IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

I, Miriam Goldberg, declare as follows:

1.    I am the plaintiff in the above-referenced case.

2.    On March 30, 2026, I discharged James Slater and Ethan Jacobs as my attorneys in this case.

3.    Now that fact discovery has concluded, I plan to proceed pro se in this case through trial.

I declare under penalty of perjury that the foregoing is true and correct. Executed on __03/30/2026__ in New York.

Miriam Goldberg (Mar 30, 2026 18:47:45 EDT)

Miriam Goldberg

# Declaration of Miriam Goldberg iso Motion to Withdraw

Final Audit Report                                                          2026-03-30

| | |
|---|---|
| Created: | 2026-03-30 |
| By: | James Slater (james@slater.legal) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAdeaqBb1YqayeBCaYH-RmehiSHdwhn-bv |

## "Declaration of Miriam Goldberg iso Motion to Withdraw" History

📄 Document created by James Slater (james@slater.legal)
2026-03-30 – 10:23:48 PM GMT

✉ Document emailed to Miriam Goldberg (amazongoldberg@gmail.com) for signature
2026-03-30 – 10:23:51 PM GMT

📄 Email viewed by Miriam Goldberg (amazongoldberg@gmail.com)
2026-03-30 – 10:46:48 PM GMT

✍ Document e-signed by Miriam Goldberg (amazongoldberg@gmail.com)
Signature Date: 2026-03-30 – 10:47:45 PM GMT – Time Source: server

✅ Agreement completed.
2026-03-30 – 10:47:45 PM GMT

**Adobe Acrobat Sign**