**PROOF OF SERVICE**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am over the age of eighteen (18) years and not a party to or interested in the within action or proceeding. I am employed by Slater Legal PLLC, and my business address is 2296 Henderson Mill Rd NE #116, Atlanta, Georgia 30345.

On March 31, 2026, I served following document(s):

1. **NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES**
2. **DECLARATION OF JAMES SLATER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**
3. **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

on the person(s) listed below:

Miriam Goldberg
3 Grandview Avenue
Binghamton, NY 13904
amazongoldberg@gmail.com

The document(s) were served by the following means:

X    **By UNITED STATES MAIL.**  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above; and (1) deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid; or (2) placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at San Francisco, California.

X    **By ELECTRONIC MAIL:** Based on an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic messages or other indication that the transmissions were unsuccessful.

I declare under the penalty under the laws of the State of California and the United States that the foregoing is true and correct.

Dated:  March 31, 2026

_____
James M. Slater

- 1 -
PROOF OF SERVICE