**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MIRIAM GOLDBERG,
a/k/a Marina Sokolovskaya,

    Plaintiff,

v.

TEACHBK, INC., ILYA KISELEV and
ANDREI BURTSEV,

    Defendants.

Case No.: 3:24-cv-04525

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

The motion to withdraw as counsel filed by James Slater and Ethan Jacobs came on for hearing in Courtroom G, 15th Floor, of the above-entitled Court, the Honorable Lisa J. Cisneros presiding. Appearances were as reflected on the record. The Court, having considered the motion and all supporting moving papers, the opposition papers, and the reply thereto, and the oral argument presented at the hearing, and for good cause appearing,

**IT IS HEREBY ORDERERD THAT:**

1. The motion is GRANTED; and

2. James Slater and Ethan Jacobs may withdraw as counsel for Plaintiff Miriam Goldberg in this matter.

Dated:_____     _____

                                     Honorable Lisa J. Cisneros
                                     United States Magistrate Judge