Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845

James M. Slater (admitted *pro hac vice*)
james@slater.legal
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283

*Attorneys for Plaintiff*
*Miriam Goldberg*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MIRIAM GOLDBERG, a/k/a Marina Sokolovskaya, <br><br> Plaintiff, <br><br> v. <br><br> TEACHBK, INC., ILYA KISELEV and ANDREI BURTSEV, <br><br> Defendants. | Case No.: 3:24-cv-04525 <br><br> **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR REMOTE HEARING ON MOTION TO WITHDRAW** |

Plaintiff Miriam Goldberg, through her undersigned counsel, moves under Civil Local Rule 7-11 to request that the upcoming hearing on Plaintiff's counsel's motion to withdraw as attorneys of record (if not vacated) [ECF No. 86], be held via remote means.

1

Motion for Administrative Relief

Specifically, while local counsel for Plaintiff, Ethan Jacobs, resides within the District, lead counsel, James Slater, and Plaintiff, Miriam Goldberg, reside outside of California—in Georgia and New York, respectively. Given this, Plaintiff and her counsel would request that, if a hearing is held on the motion to withdraw [ECF No. 86], that it be held via Zoom. It would be burdensome for the parties and counsel to attend in person on a nondispositive motion, and while the relief does not directly affect Defendants, they are, on information and belief, unable to attend in person either because they voluntarily departed the United States. [*See* ECF No. 72 at 1].

The undersigned counsel emailed Defendants on April 21, 2026 to ascertain their position on the relief requested herein. To date, Defendants have not responded.

Dated: April 22, 2026

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (admitted *pro hac vice*)
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283
james@slater.legal

Ethan Jacobs (SBN 291838)
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845
ethan@ejacobslaw.com

*Attorneys for Plaintiff Miriam Goldberg*

2

Motion for Administrative Relief

## **CERTIFICATE OF SERVICE**

I, James M. Slater, certify that on the date below, I served a true and correct copy of this document to Defendants Ilya Kiselev and Andrey Burtsev via email, copying Alla Vorobets for forwarding purposes.

Dated:    April 22, 2026                SLATER LEGAL PLLC

By:_____*/s/ James M. Slater*_____
            James M. Slater (admitted *pro hac vice*)

3

Motion for Administrative Relief