**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| MIRIAM GOLDBERG,<br>a/k/a Marina Sokolovskaya,<br><br>　　　Plaintiff,<br><br>v.<br><br>TEACHBK, INC., ILYA KISELEV and<br>ANDREI BURTSEV,<br><br>　　　Defendants. | Case No.: 3:24-cv-04525<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF REGARDING REMOTE HEARING** |

Good cause being shown,

IT IS HEREBY ORDERERD THAT the hearing on the motion to withdraw [ECF No. 86] (if it is not vacated) shall be held via Judge Cisneros's public Zoom webinar.

Dated:_____　　　_____

　　　　　　　　　　　　　　　　　Honorable Lisa J. Cisneros
　　　　　　　　　　　　　　　　　United States Magistrate Judge