# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MIRIAM GOLDBERG,
a/k/a Marina Sokolovskaya,

     Plaintiff,

v.

TEACHBK, INC., ILYA KISELEV and
ANDREI BURTSEV,

     Defendants.

Case No.: 3:24-cv-04525

**ORDER GRANTING MOTION
FOR ADMINISTRATIVE RELIEF
REGARDING REMOTE HEARING**

Good cause being shown,

IT IS HEREBY ORDERERD THAT the hearing on the motion to withdraw [ECF No. 86] (if it is not vacated) shall be held via Judge Cisneros's public Zoom webinar.

Dated: April 22, 2026

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge

Order Granting Motion for Remote Hearing