Ethan Jacobs (SBN 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845

James M. Slater (admitted *pro hac vice*)
james@slater.legal
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283

*Attorneys for Plaintiff*
*Miriam Goldberg*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MIRIAM GOLDBERG, a/k/a Marina Sokolovskaya, Plaintiff, v. TEACHBK, INC., ILYA KISELEV and ANDREI BURTSEV, Defendants. | Case No.: 3:24-cv-04525 **PLAINTIFF'S CERTIFICATE OF SERVICE OF ORDER ON REMOTE HEARING** |

1

Plaintiff Miriam Goldberg, through her undersigned counsel, certifies that on the date below, her counsel provided to Messrs. Kiselev and Burtsev, by email, a true and correct copy of the Court's Order Granting the Motion for Remote Hearing on Plaintiff's motion to withdraw. [ECF No. 88]. According to the Court's previous orders, Alla Vorobets was copied on this email communication for forwarding purposes.

Dated: April 22, 2026

Respectfully submitted,

/s/ James M. Slater
James M. Slater (admitted *pro hac vice*)
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345
Tel.: (404) 458-7283
james@slater.legal

Ethan Jacobs (SBN 291838)
ETHAN JACOBS LAW CORPORATION
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.: (415) 275-0845
ethan@ejacobslaw.com

*Attorneys for Plaintiff Miriam Goldberg*

2

Certificate of Service of Order on Remote Hearing