Miriam Goldberg
P.O. Box 996
Margaretville, NY 12455
Telephone:  (347) 477-4569
Plaintiff, Pro Se

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MIRIAM GOLDBERG,
Plaintiff,
v.

TEACHBK, INC.; ILYA KISELEV;
and ANDREI BURTSEV,
Defendants.                                    Case No. 3:24-cv-04525

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO FILE DISPOSITIVE MOTIONS

Plaintiff Miriam Goldberg, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for an extension of 30 days, to and including July 2, 2026, to file any dispositive motions in this action.

**BACKGROUND**

The current scheduling order (ECF No. 46) sets a deadline of June 2, 2026 for the filing of dispositive motions. Trial is scheduled for October 19, 2026.

On April 24, 2026 (ECF No. 90), the Court granted Plaintiff's counsel's Motion to Withdraw. Since that date, Plaintiff has been proceeding pro se.

**GOOD CAUSE FOR EXTENSION**

Good cause exists for the requested extension for the following reasons.
Since her attorney's withdrawal, Plaintiff has been learning to navigate federal litigation pro se, including familiarizing herself with the Federal Rules of Civil Procedure, the Local Rules of the Northern District of California, the CM/ECF electronic filing system, as well as reviewing the procedural history of this case and identifying additional motions appropriate to her claims.

Despite not being an attorney or a native English speaker, Plaintiff has diligently managed this litigation, including researching and pursuing available legal mechanisms to enforce the Court's Order Awarding Attorney's Fees (ECF No. 84), which remains unsatisfied more than two and a half months after entry, and preparing additional filings, all the while maintaining a full-time job.

Plaintiff requires additional time to evaluate whether a motion for summary judgment is warranted given the current posture of the case. Defendants' Requests for Admissions (RFA Nos. 1-7), served during discovery, are now deemed admitted pursuant to Federal Rule of Civil Procedure 36(a)(3).

Plaintiff needs additional time to assess the legal significance of these admissions and to determine whether they are sufficient to support a motion for summary judgment on some or all of her claims, which would require substantial preparation including a Statement of Undisputed Material Facts, supporting evidence, and a separate statement pursuant to Local Rule 56-1.

No party will be prejudiced by the requested extension. Trial is not scheduled until October 19, 2026, providing ample time for any dispositive motion to be briefed and decided before trial.

Defendants Kiselev and Burtsev have departed the United States and have not meaningfully participated in this litigation. Defendant TeachBK, Inc. has been without counsel of record since May 9, 2025, in violation of this Court's order.

This motion is filed before the expiration of the current deadline, and is Plaintiff's first request for an extension of this deadline.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that this Court extend the deadline for filing dispositive motions to July 2, 2026, or to such other date as the Court deems appropriate.

Dated: June 2, 2026
Respectfully submitted,

*Miriam Goldberg*

Miriam Goldberg , Plaintiff, Pro Se