Miriam Goldberg
P.O. Box 996
Margaretville, NY 12455
Telephone:  (347) 477-4569
Plaintiff, Pro Se

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MIRIAM GOLDBERG,                                     Case No. 3:24-cv-04525

        Plaintiff,

 V.                                                          **CERTIFICATE OF SERVICE**

TEACHBK, INC., et al.,

        Defendants.

### CERTIFICATE OF SERVICE

I, Miriam Goldberg, hereby certify that on July 25, 2026, I served the Order on Motion for Extension of Time to File AND Order on Motion for Leave to File AND Order on Motion to Show Cause AND Order on Motion to Strike (ECF No. 100) on Defendants Kiselev and Burtsev via email to the email addresses Defendants have used throughout this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


*Miriam Goldberg*
_____
Miriam Goldberg, Plaintiff Pro Se