Miriam Goldberg
P.O. Box 996
Margaretville, NY 12455
Telephone:  (347) 477-4569
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MIRIAM GOLDBERG,
(aka Marina Sokolovskaya)
        Plaintiff,
v.

Case No. 3:24-cv-04525

TEACHBK, INC.; ILYA KISELEV;
and ANDREI BURTSEV,
Defendants.

**PLAINTIFF'S NOTICE OF DEFENDANT ILYA KISELEV'S NON-COMPLIANCE WITH THE COURT'S ORDER TO SHOW CAUSE (ECF NO. 100) AND REQUEST FOR ENTRY OF SANCTIONS AND DEFAULT**

Re: ECF Nos. 84, 95, 100

PLEASE TAKE NOTICE that Plaintiff Miriam Goldberg, proceeding pro se,  respectfully submits this Notice of Non-Compliance to inform the Court that Defendant Ilya Kiselev has failed to comply with the Court's Order to Show Cause entered July 21, 2026 (ECF No. 100), and to request that the Court now impose the sanctions it identified in that Order.

1. On July 21, 2026, the Court issued an Order Granting Plaintiff's Motion for Order to Show Cause (ECF No. 100).

2. Pursuant to ECF No. 100, Defendant Kiselev was ordered to either pay $4,772.50 in attorney's fees as previously ordered (ECF No. 84) or file a response explaining why he should not be held in civil contempt, on or before August 10, 2026.

3. The Court explicitly warned Defendant Kiselev that failure to take either action by August 10, 2026, "may result in the Court holding Mr. Kiselev in civil contempt and entering default against Mr. Kiselev for failure to defend himself and comply with the Court's orders."

4. As set forth in the attached Declaration of Miriam Goldberg, the August 10, 2026 deadline has passed, and Defendant Kiselev has neither paid the court-ordered attorney's fees nor filed any response to the Order to Show Cause.

5. Plaintiff incorporates by reference the legal standards and authorities set forth in her Motion for Order to Show Cause (ECF No. 95).

6. Because Defendant Kiselev has completely failed to comply with the Court's Order, Plaintiff respectfully requests that the Court now enter the remedies identified in ECF No. 100:
   a. Hold Defendant Ilya Kiselev in civil contempt and impose daily coercive fines until he satisfies the fee award set forth in ECF No. 84;
   b. Strike Defendant Ilya Kiselev's Answer pursuant to Federal Rule of Civil Procedure 37(b)(2)(A) and the Court's inherent power; and
   c. Direct the Clerk of Court to enter default against Defendant Ilya Kiselev under Federal Rule of Civil Procedure 55(a).

7. A proposed order is submitted herewith. Pursuant to Civil Local Rule 7-1(b), Plaintiff submits that this matter is suitable for resolution without oral argument.

Dated:  August  12,  2026


Respectfully submitted,

*Miriam Goldberg*

Miriam Goldberg
Plaintiff Pro Se