Miriam Goldberg
P.O. Box 996
Margaretville, NY 12455
Telephone: (347) 477-4569
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

MIRIAM GOLDBERG,
(aka Marina Sokolovskaya)
Plaintiff, Case No. 3:24-cv-04525

v.

TEACHBK, INC.; ILYA KISELEV;
and ANDREI BURTSEV,
Defendants.

**PLAINTIFF'S OPPOSITION TO NON-PARTY OLGA VASILCHENKO'S MOTION FOR LEAVE TO FILE ELECTRONICALLY AND PROPOSED AMICUS CURIAE SUBMISSION (ECF No. 108)**

Plaintiff Miriam Goldberg opposes the Motion (ECF No. 108).
Ms. Vasilchenko is not a party to this action. Her proposed amicus submission does not address any legal question before the Court, including whether Defendant Kiselev complied with the Court's Order at ECF No. 84, which is the subject of the October 13, 2026 hearing. The proposed submission asks the Court to consider Plaintiff's "veracity and character" at that hearing (ECF No. 108, ¶ 7) but the hearing concerns only Defendant Kiselev's compliance with a fee order, a question on which Plaintiff's character has no bearing. The submission otherwise consists of personal accusations against Plaintiff and against third parties who are not before the Court. Plaintiff disputes those accusations but will not burden the Court with them.

An amicus submission is appropriate where it assists the Court in a case of general public interest, supplements the efforts of counsel, or draws the Court's attention to law that might otherwise escape consideration. Miller-Wohl Co. v. Comm'r of Labor & Indus., 694 F.2d 203, 204 (9th Cir. 1982). The proposed submission does none of these things.

Plaintiff therefore respectfully requests that the Court deny leave to file the proposed amicus submission and decline to consider it. Because Ms. Vasilchenko has no other basis to participate in this action, Plaintiff requests that the Motion for leave to file electronically be denied as moot.

Dated: October 9, 2026

Respectfully submitted,
Miriam Goldberg
Miriam Goldberg
Plaintiff, Pro Se