Andrei Burtsev, Defendant, Pro Se
Mailing address: Kosovska 5
34300 Arandelovac
Serbia
Email: burtsev.andrey@gmail.com
Telephone: +1 279-977-9850

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MIRIAM GOLDBERG, Plaintiff,
v.
TEACHBK, INC.; ILYA KISELEV; and ANDREI BURTSEV, Defendants.

Case No. 3:24-cv-04525-LJC

# DEFENDANT ANDREI BURTSEV'S RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 110)

Defendant Andrei Burtsev, appearing pro se, respectfully responds to the Court's October 14, 2026 Order to Show Cause (ECF No. 110), which requires him to show cause by November 5, 2026 why default should not be entered for failure to maintain current contact information with the Court.

**1. Pro se appearance and electronic access.** Following the withdrawal of the Law Offices of Alla V. Vorobets on May 9, 2025 (ECF No. 54), Defendant did not promptly file a formal notice of pro se appearance. He has now registered for CM/ECF electronic filing, is receiving notices of electronic filing directly, and is filing a separate Notice of Pro Se Appearance.

**2. Updated contact information.** Defendant acknowledges that he did not promptly update his contact information on the docket after counsel withdrew and his contact circumstances changed. He is filing a separate Notice of Change of Address and Contact Information, identifying a mailing address at which he can receive court correspondence, as well as his email address and telephone number.

**3. Prior receipt of documents.** Defendant received case materials in paper form from former counsel around the time of withdrawal and received certain case-related documents and notices electronically from former counsel thereafter. Defendant cannot independently confirm receipt of every item that may have been sent only by postal mail. Defendant makes no representation about communications with any other defendant.

**4. Response to the Court's concerns.** Defendant understands from ECF No. 110 and the minute entry at ECF No. 113 that the Court is concerned about both reliable notice and Defendant's participation in the action. Defendant is taking steps to correct the docket information, receive filings directly, and respond to the Court's present order. Defendant respectfully requests an opportunity to proceed pro se without entry of default based on the prior contact-information omission.

**5. Relief requested.** Defendant respectfully requests that the Court find this response and his separately filed notices sufficient to discharge the Order to Show Cause as to him, and decline to direct the Clerk to enter default against him on the grounds identified in ECF No. 110. This response is submitted solely on behalf of Andrei Burtsev.

Dated: October 21, 2026

/s/ Andrei Burtsev
Andrei Burtsev, Defendant, Pro Se