MIRIAM GOLDBERG
PO Box 996
Margaretville, NY 12455
(347) 477-4569
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MIRIAM GOLDBERG
(a/k/a Marina Sokolovskaya)
Plaintiff,

v.

TEACHBK, INC.,
ILYA KISELEV and
ANDREI BURTSEV
Defendants.

Case No. 3:24-cv-04525

**DECLARATION OF PLAINTIFF MIRIAM GOLDBERG REGARDING SERVICE OF ALL FILINGS AND ORDERS ON DEFENDANTS BY EMAIL AND BY MAIL, AND RETURN OF MAIL AS UNDELIVERABLE (re ECF Nos. 110, 113)**

I, Miriam Goldberg, declare as follows:

1. I am the Plaintiff in this action, proceeding pro se. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.
2. I submit this declaration to give the Court a complete account of how I served filings and Court orders on Defendants after the Court granted my former counsel's motion to withdraw (ECF No. 90). It responds to the concerns noted in the Court's Order to Show Cause (ECF No. 110) and the minute entry for the October 13, 2026 hearing (ECF No. 113), and it clarifies the certificates of service that the Court identified as unclear (ECF Nos. 92-3, 95-3, 98-2, and 104).

**Addresses Used for Service**

3. I served Defendant Ilya Kiselev by email at reklama.kiselev@yandex.ru and Defendant Andrei Burtsev by email at burtsev.andrey@gmail.com. These are the email addresses Defendants used in this litigation, including in correspondence with my former counsel and in Defendants' discovery responses.

4. I served Defendant Kiselev by mail at 3226 Meridian Way, Apt 1224, Rocklin, CA 95765, and Defendant Burtsev by mail at 1427 Meridian Way, Rocklin, CA 95765. These were Defendants' last known physical addresses, as reflected on the docket (entry 14 and 15).
5. Where stated below, I also served the Law Offices of Alla V. Vorobets, Defendants' former counsel, by email at avorobets@vorobetslaw.com, so that the firm could forward the filings to Defendants.

**Service of Each Filing and Order**

6. ECF No. 91, Notice of Change of Address and Email (filed May 30, 2026). On May 30, 2026, I served this notice on Defendants by email at the addresses stated in paragraph 3. A true and correct copy of the service emails is attached as EXHIBIT A.
7. ECF No. 92, Motion to Strike Answer of Defendant TeachBK, Inc. and for Entry of Default (filed June 1, 2026). On June 1, 2026, I served this motion and its attachments on Defendants by email at the addresses stated in paragraph 3 and by UPS Ground Mail at the addresses stated in paragraph 4 , and on the Vorobets Firm by email at the address stated in paragraph 5. EXHIBIT B.
8. ECF No. 93, Motion for Extension of Time to File Dispositive Motions (filed June 2, 2026). Before filing this motion, I emailed both Defendants at the addresses stated in paragraph 3 and asked whether they would stipulate to the requested extension. EXHIBIT C. I received no response. After waiting more than 13 hours, I filed the motion. On June 2, 2026, I served the motion and its attachments on Defendants by email at the addresses stated in paragraph 3 and by First Class Mail at the addresses stated in paragraph 4. EXHIBIT D.
9. ECF No. 95, Motion for Order to Show Cause re Civil Contempt and Further Sanctions (filed June 5, 2026). Before filing this motion, on May 31, 2026, I emailed Defendant Kiselev at the address stated in paragraph 3 in a final attempt to meet and confer regarding his failure to pay the $4,772.50 in attorney's fees awarded by the Court's March 16, 2026 Order (ECF No. 84). In that email, I asked him to contact me by June 2, 2026, at 5:00 p.m. Pacific Time, to arrange payment or propose a payment plan, and I advised him that otherwise I would file a motion for an order to show cause. The same day, I forwarded that email to the Vorobets Firm at the address stated in paragraph 5. EXHIBIT E. Defendant Kiselev did not respond.
10. On June 5, 2026, I served the motion and its attachments on Defendants by email at the addresses stated in paragraph 3 and by First-Class Mail (USPS tracking nos. 9589071052703001655306 and 9589071052703001655313) at the addresses stated in paragraph 4, and on the Vorobets Firm by email at the address stated in paragraph 5. EXHIBIT F.
11. ECF No. 98, Motion for Leave to File Supplemental Complaint (filed June 15, 2026). On June 16, 2026, at 1:43 AM Eastern Time (10:43 p.m. Pacific Time on June 15,

2026), I served this motion and its attachments on Defendants by email at the addresses stated in paragraph 3, and on the Vorobets Firm by email at the address stated in paragraph 5. Later that day, on June 16, 2026, I also served the motion on Defendants by First-Class Mail, Certified, at the addresses stated in paragraph 4 (USPS tracking nos. 9589071052703190226226 and 9589071052703190226219) EXHIBIT G.

12. ECF No. 100, Order Granting Plaintiff's Motions (filed July 21, 2026). On July 25, 2026, out of an abundance of caution, I served this Order on Defendants by email at the addresses stated in paragraph 3, as reflected in my Certificate of Service (ECF No. 104). EXHIBIT H.
13. ECF No. 103, Supplemental Complaint (filed July 31, 2026). On August 1, 2026, at 1:09 AM Eastern Time (10:09 p.m. Pacific Time on July 31, 2026), I served the Supplemental Complaint and its exhibits on Defendants by email at the addresses stated in paragraphs 3 and and on the Vorobets Firm by email stated in paragraph 5. EXHIBIT I.
14. ECF No. 105, Notice of Defendant Ilya Kiselev's Noncompliance with the Court's Order to Show Cause and Request for Entry of Sanctions and Default (filed August 12, 2026). On August 12, 2026, I served this Notice and its attachments on Defendants by email at the addresses stated in paragraph 3, and and on the Vorobets Firm by email at the address stated in paragraph 5. EXHIBIT J.
15. ECF No. 106, Motion for Sanctions and Entry of Default Against Defendant Ilya Kiselev (filed August 19, 2026). On August 19, 2026, I served this motion and its attachments on Defendants by email at the addresses stated in paragraph 3. I had already served the same papers on August 12, 2026, when I first filed them as ECF No. 105. The Clerk then directed me to re-file under a different docket event. EXHIBIT K.

**Return of Mail as Undeliverable**

16. According to USPS tracking, the mailings I sent to Defendants on June 16, 2026 (USPS tracking nos. 9589071052703190226219 and 9589071052703190226226) were both marked "Refused" in Rocklin, California, on June 22, 2026, and were returned to sender. The envelope bearing tracking no. 9589071052703190226226 was returned to me with a USPS label marked "Return to Sender, Refused, Unable to Forward." EXHIBIT L.
17. According to USPS tracking, the mailings I sent to Defendants on June 5, 2026 (USPS tracking nos. 9589071052703001655306 and 9589071052703001655313) reached Rocklin, California, where USPS left a notice at each address on June 9, 2026, because no authorized recipient was available. On June 24, 2026, USPS marked both mailings "Unclaimed/Being Returned to Sender." EXHIBIT M.
18. To the best of my knowledge, Defendants left the United States around June 2025. Because Defendants had not filed any notice of change of address with the Court, I

nonetheless continued to mail filings to their last known addresses stated in paragraph 4 until that mail was returned.

19. After the mail was returned as described in paragraphs 16 and 17, I stopped mailing filings to those addresses, because further mailings had no realistic prospect of reaching Defendants. Continuing to mail documents there would serve no practical purpose and would result in unnecessary expenditures of time, money, and effort.
20. For every filing and order after June 16, 2026, I diligently served Defendants by email at the addresses stated in paragraph 3, as described in paragraphs 12 through 15. None of my emails to Defendants was returned as undeliverable.

**Defendants' Current Contact Information and Receipt of Filings**

21. On October 21, 2026, Defendant Burtsev filed a Notice of Change of Address (ECF No. 115), a Notice of Pro Se Appearance (ECF No. 116), and a Response to the Order to Show Cause (ECF No. 117). Each lists his email address as burtsev.andrey@gmail.com. This is the same email address at which I have served Defendant Burtsev with every filing and order described above.
22. In his Response to the Order to Show Cause, Defendant Burtsev states that he received case-related documents and notices electronically from former counsel after counsel's withdrawal. ECF No. 117 ¶ 3.
23. As I informed the Court at the October 13, 2026 hearing (ECF No. 113), Defendant Burtsev messaged me on Telegram on August 31, 2026, during this litigation. True and correct copy of this message, dated August 31, 2026, is attached as EXHIBIT N, together with English translations generated by Google Translate. I am fluent in Russian and English, and I have reviewed the translations and confirm that they accurately reflect the content of the original message. I will file a certified translation if the Court so requests.

**Defendants' Knowledge of This Action and Absence from the Docket**

24. Defendants Kiselev and Burtsev have known at all times that they are parties to this action. Through counsel, they filed a First Amended Answer on March 20, 2025 (ECF No. 49). After their counsel withdrew, Defendant Burtsev responded to the discovery requests. Defendant Kiselev submitted a response to the Court's Order to Show Cause, which was filed on the docket (ECF Nos. 75, 76). Defendant Burtsev messaged me on Telegram regarding this ongoing dispute on August 31, 2026 (EXHIBIT N).
25. The Court granted Defendants' counsel's motion to withdraw on May 9, 2025 (ECF No. 54). From that date until October 21, 2026, a period of more than 17 months, neither Defendant filed a notice of change of address or a notice of pro se appearance. Apart from Defendant Kiselev's response at ECF Nos. 75 and 76, neither Defendant filed any document with the Court during that period.

26. Since my former counsel withdrew (ECF No. 90), I have complied with every order and deadline set by the Court, and I have served every filing on Defendants as described above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 25, 2026, in Brooklyn, New York.

/s/ Miriam Goldberg
Miriam Goldberg, Plaintiff, Pro Se

**INDEX OF EXHIBITS**

Exhibit A: Service emails for ECF No. 91
Exhibit B: Service emails and UPS shipment receipts for ECF No. 92
Exhibit C: Service emails for Stipulation on Motion for Extension of Time
Exhibit D: Service emails and USPS mail for ECF No. 93
Exhibit E: Meet-and-confer emails re attorney's fees ordered in ECF No. 84
Exhibit F: Service emails and USPS mail for ECF No. 95
Exhibit G: Service emails and USPS mail for ECF No. 98
Exhibit H: Service emails for ECF No. 100
Exhibit I: Service emails for ECF No. 103
Exhibit J: Service emails for ECF No. 105
Exhibit K: Service emails for ECF No. 106
Exhibit L: USPS tracking records for mail sent to Defendants on June 16, 2026 (refused, returned to sender), and photograph of returned envelope
Exhibit M: USPS tracking records for mail sent to Defendants on June 5, 2026 (notice left; unclaimed, returned to sender)
Exhibit N: Telegram message from Defendant Burtsev

# EXHIBIT A


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
Goldberg v. TeachBK, Inc. et al., Notice of Change of Address
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to reklama.kiselev
May 30, 2026, 11:03 PM
from: Miriam Goldberg <goldbergvsteachbk@gmail.com>
to: reklama.kiselev@yandex.ru
date: May 30, 2026, 11:03 PM
subject: Goldberg v. TeachBK, Inc. et al., Notice of Change of Address
mailed-by: gmail.com
Attached, find Pla
renced matter.
Miriam Goldberg
One attachment • Scanned by Gmail
Add to Drive
Notice of contact ...
Reply
Forward


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
Goldberg v. TeachBK, Inc. et al., Notice of Change of Address
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to burtsev.andrey@gmail.com
Sat, May 30, 11:03 PM
from: Miriam Goldberg <goldbergvsteachbk@gmail.com>
to: "burtsev.andrey@gmail.com" <burtsev.andrey@gmail.com>
date: May 30, 2026, 11:03 PM
subject: Goldberg v. TeachBK, Inc. et al., Notice of Change of Address
mailed-by: gmail.com
Attached, find Plaintiff's Notic
ter.
Miriam Goldberg (a.k.a. Mari
One attachment • Scan
Notice of contact ...
Reply
Forward

# EXHIBIT B



Gmail

in:sent

Compose

Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More

Labels

39 of 59

Motion to Strike

**Miriam Goldberg** <goldbergvsteachbk@gmail.com>
to reklama.kiselev, burtsev.andrey@gmail.com, avorobets

Mon, Jun 1, 11:58 PM

To Kiselev and Burtsev:

attached find Plaintiff's Motion to Strike Answer of Defendant TeachBK, Inc. and for Entry of Default, along with the supporting documents filed on June 1, 2026.

Dear Ms. Vorobets,
you are CC'd as per the judge's standing order, no response from your office is needed.

4 Attachments • Scanned by Gmail   Add all to Drive

Proposed Order.p... | Declaration in su... | Motion to Strike.p... | Certificate of Ser...

Reply | Reply all | Forward



Gmail

in:sent

Compose

Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More

Labels

39 of 59

Motion to Strike

**Miriam Goldberg** <goldbergvsteachbk@gmail.com>
to reklama.kiselev, burtsev.andrey@gmail.com, avorobets

Mon, Jun 1, 11:58 PM

from: **Miriam Goldberg** <goldbergvsteachbk@gmail.com>
to: reklama.kiselev@yandex.ru, "burtsev.andrey@gmail.com" <burtsev.andrey@gmail.com>
cc: avorobets@vorobetslaw.com
date: Jun 1, 2026, 11:58 PM
subject: Motion to Strike
mailed-by: gmail.com

To Kiselev and Burtsev:

attached find Plaintiff's Motion to Strike Answer of Defe... on June 1, 2026.

Dear Ms. Vorobets,
you are CC'd as per the judge's standing order, no resp...

4 Attachments • Scanned by Gmail

Proposed Order.p... | Declaration in su... | Motion to Strike.p... | Certificate of Ser...

Reply | Reply all | Forward


Shipment Receipt: Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.
SHIP DATE: Mon 1 JUN 2026
EXPECTED DELIVERY DATE: MON 8 JUN 2026 EOD
SHIPMENT INFORMATION: UPS Ground Residential 0.10 lb manual wt 1.002 lb billable wt 15.00x12.00x0.75 in Carrier Protected : 100.00
SHIP FROM: MIRIAM GOLDBERG 1637 WEST 2ND ST Brooklyn NY 11223 (646) 904-9841
Tracking Number: 1zC099C20377967444
Shipment ID: MMOGAWNAWZYBU
Ship Ref 1: - -
Ship Ref 2: - -
SHIP TO: TEACHBK INC SUITE #1224 3226 MERIDIAN WAY ROCKLIN CA 95765-4768 Residential
DESCRIPTION OF GOODS: DOCUMENTS
SHIPMENT CHARGES: Ground Residential 16.96 Service Options 0.00 CMS Processing Fee 0.22
SHIPPED THROUGH: The UPS Store #7710 BROOKLYN,NY 11229-3648
Total $17.18
COMPLETE ONLINE TRACKING: Enter this address in your web browser to track: http://theupsstore.com (select Tracking, enter Shipment ID #) SHIPMENT QUESTIONS? Contact SHIPPED THROUGH above.
NEED PACKAGE HELP? (lost/damaged). Provide details so we can help: https://online.upscapital.com/tccp
ShipmentID: MMOGAWNAWZYBU
Powered by iShip(r) 05/30/2026 02:02 PM Pacific Time F
The UPS Store
Shipment Receipt: Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.
SHIP DATE: Mon 1 JUN 2026
EXPECTED DELIVERY DATE: MON 8 JUN 2026 EOD
SHIPMENT INFORMATION: UPS Ground Residential 0.10 lb manual wt 1.000 lb billable wt 15.00x12.00x0.75 in Carrier Protected : 100.00
SHIP FROM: MIRIAM GOLDBERG 1637 WEST 2ND ST Brooklyn NY 11223 (646) 904-9841
Tracking Number: 1zC099C20377996841
Shipment ID: MMOGAWNT4T9NH
Ship Ref 1: - -
Ship Ref 2: - -
SHIP TO: ANDREI BURTSEV 1427 MERIDIAN WAY ROCKLIN CA 95765-4753 Residential
DESCRIPTION OF GOODS: DOCUMENTS
SHIPMENT CHARGES: Ground Residential 16.96 Service Options 0.00 CMS Processing Fee 0.22
SHIPPED THROUGH: The UPS Store #7710 BROOKLYN,NY 11229-3648
Total $17.18
COMPLETE ONLINE TRACKING: Enter this address in your web browser to track: http://theupsstore.com (select Tracking, enter Shipment ID #) SHIPMENT QUESTIONS? Contact SHIPPED THROUGH above.
NEED PACKAGE HELP? (lost/damaged). Provide details so we can help: https://online.upscapital.com/tccp
ShipmentID: MMOGAWNT4T9NH
Powered by iShip(r) 05/30/2026 02:05 PM Pacific Time F
The UPS Store
The UPS Store #7710
2224 AVENUE U
BROOKLYN, NY 11229-3648
929-630-0765
Terminal....: POS7710B Date.: 5/30/2026
Employee....: 295533 Time.: 02:07 PM
Cashier's Name Hamza T
ITEM NAME QTY PRICE TOTAL
Ground Residential 1 @ $17.18 $17.18
Tax $0.00
MMQGAWNAWZYBU
Tracking Number - 1ZC099C20377967444
Ground Residential 1 @ $17.18 $17.18
Tax $0.00
MMQGAWNT4T9NH
Tracking Number - 1ZC099C20377996841
Poly Mailer 8.5x11 2 @ $2.99 $5.98
Tax
Subtotal $40.34
Shipping/Other Charges $0.00
Total tax $0.53
Total $40.87
Cards $40.87
Items Designated NR are NOT eligible for Returns, Refunds or Exchanges.
US Postal Rates Are Subject to Surcharge.
12605307710B013455
View The UPS Store, Inc.'s privacy notice at https://www.theupsstore.com/privacy-policy
Win a $250 gift card
Tell us how we're doing for your chance to win a $250 Amazon.com® Gift Card, a $100 Amazon.com® Gift Card, or a $50 Amazon.com® Gift Card each month. Scan the QR code or go to the link to take the survey.

# EXHIBIT C


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
38 of 5
Stipulation requested
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to reklama.kiselev, burtsev.andrey@gmail.com
Tue, Jun 2, 1:30 AM
Mr. Kiselev, Mr. Burtsev,
I request your stipulation to a 30-day extensi
ay.
Miriam Goldberg (a.k.a. Marina Sokolovskay
from: Miriam Goldberg <goldbergvsteachbk@gmail.com>
to: reklama.kiselev@yandex.ru,
"burtsev.andrey@gmail.com" <burtsev.andrey@gmail.com>
date: Jun 2, 2026, 1:30 AM
subject: Stipulation requested
mailed-by: gmail.com
Reply
Reply all
Forward


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
38 of
Stipulation requested
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to reklama.kiselev, burtsev.andrey@gmail.com
Tue, Jun 2, 1:30 AM
Mr. Kiselev, Mr. Burtsev,
I request your stipulation to a 30-day extension of the dispositive motions deadline, from June 2, 2026 to July 2, 2026. Respond today.
Miriam Goldberg (a.k.a. Marina Sokolovskaya)
Reply
Reply all
Forward

# EXHIBIT D


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
36 of 59
motion for extension
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to reklama.kiselev, burtsev.andrey@gmail.com
Tue, Jun 2, 2:35 PM
Attached, find a copy of the motion for exten
from: Miriam Goldberg <goldbergvsteachbk@gmail.com>
to: reklama.kiselev@yandex.ru, "burtsev.andrey@gmail.com" <burtsev.andrey@gmail.com>
date: Jun 2, 2026, 2:35 PM
subject: motion for extension
mailed-by: gmail.com
4 Attachments • Scanned by Gmail
Motion for Extens...
Declaration in su...
Certificate of Ser...
Proposed Order f...
Reply
Reply all
Forward


UNITED STATES POSTAL SERVICE
Certificate Of Mailing
From: Miriam Goldberg 1637 West 2nd Street Brooklyn NY 11223
To: Iliya Kiselev 3226 Meridian Way #1224 Rocklin CA 95765
PS Form 3817, April 2007 PSN 7530-02-000-9065
JUN 02 2026 KINGSWAY FINANCE USPS
UNITED STATES POSTAL SERVICE
Certificate Of Mailing
From: Miriam Goldberg 1637 West 2nd Street Brooklyn NY 11223
To: Andrej Burtsev 1427 Meridian Way Rocklin CA 95765
PS Form 3817, April 2007 PSN 7530-02-000-9065
UNITED STATES POSTAL SERVICE
KINGSWAY
1610 E 19TH ST STE 1
BROOKLYN, NY 11229-9993
www.usps.com
06/02/2026 04:43 PM
Product Qty Unit Price Price
First-Class Mail 1 Large Envelope Rocklin, CA 95765 $2.72
First-Class Mail 1 Large Envelope Rocklin, CA 95765 $2.44
CTOM - Individual - Domestic 2 $4.80
Grand Total: $9.96
Debit Card Remit $9.96
TO REPORT AN ISSUE
Customer Service
1-800-ASK-USPS

# EXHIBIT E

Gmail

in:sent

Compose

Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 1
More

Labels

Upgrade

42 of 59

## URGENT / FINAL MEET AND CONFER: Non-Compliance with Sanctions Order (Case No. 3:24-cv-04525)

**Miriam Goldberg** <goldbergvsteachbk@gmail.com>
to reklama.kiselev

Sun, May 31, 1:37 PM

Mr. Kiselev,

I am writing to follow up on my email dated May 24, 2026, regarding your ongoing failure to comply with the Court's March 16, 2026 Order (Docket No. 84) directing you to pay $4,772.50 in attorney's fees.

The May 26 deadline I provided has passed, and you have failed to respond or remit payment. Furthermore, your prior email, sent to my former attorney James Slater in response to his request regarding paying attorney fees, stating *"I owe you nothing"* confirms your willful defiance of a federal court order.

Pursuant to N.D. Cal. Civil Local Rule 37-1, this email serves as my final effort to meet and confer in good faith to resolve this issue without judicial intervention.

If you do not contact me via email within 48 hours (by June 2, 2026, at 5:00 PM PST) to arrange payment of the $4,772.50 in full, or to propose a reasonable payment plan, I will immediately file a Motion for an Order to Show Cause Re: Civil Contempt and Further Sanctions under FRCP 37(b)(2). I will ask the Court to impose coercive daily fines and evidentiary or terminating sanctions against you.

If you wish to resolve this matter without a motion, you must respond to this email with written confirmation of your payment arrangements within the next 48 hours.

Miriam Goldberg (a.k.a. Marina Sokolovskaya)

**Miriam Goldberg** <goldbergvsteachbk@gmail.com>
to avorobets

Sun, May 31, 1:54 PM

Dear Ms. Vorobets,

I am forwarding you this correspondence pursuant to the Court's order. Please see the below email sent to your former client, Defendant Ilya Kisele.

Sincerely,

Reply Forward

Gmail

in:sent

Upgrade

Compose

Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 1
More

Labels +

42 of 59

**Miriam Goldberg** <goldbergvsteachbk@gmail.com>
to reklama.kiselev

May 31, 2026, 1:37 PM

Mr. Kiselev,

I am writing to follow up on my email dated May 24, 2026, regarding your ongoing failure to comply with the Court's March 16, 2026 Order (Docket No. 84) directing you to pay $4,772.50 in attorney's fees.

The May 26 deadline I provided has passed, and you have failed to respond or remit payment. Furthermore, your prior email, sent to my former attorney James Slater in response to his request regarding paying attorney fees, stating *"I owe you nothing"* confirms your willful defiance of a federal court order.

Pursuant to N.D. Cal. Civil Local Rule 37-1, this email serves as my final effort to meet and confer in good faith to resolve this issue without judicial intervention.

If you do not contact me via email within 48 hours (by June 2, 2026, at 5:00 PM PST) to arrange payment of the $4,772.50 in full, or to propose a reasonable payment plan, I will immediately file a Motion for an Order to Show Cause Re: Civil Contempt and Further Sanctions under FRCP 37(b)(2). I will ask the Court to impose coercive daily fines and evidentiary or terminating sanctions against you.

If you wish to resolve this matter without a motion, you must respond to this email with written confirmation of your payment arrangements within the next 48 hours.

Miriam Goldberg (a.k.a. Marina Sokolovskaya)

**Miriam Goldberg** <goldbergvsteachbk@gmail.com>
to avorobets

May 31, 2026, 1:54 PM

from: **Miriam Goldberg** <goldbergvsteachbk@gmail.com>
to: avorobets@vorobetslaw.com
date: May 31, 2026, 1:54 PM
subject: Fwd: URGENT / FINAL MEET AND CONFER: Non-Compliance with Sanctions Order (Case No. 3:24-cv-04525)
mailed-by: gmail.com

Dear Ms. V

I am forwa[...]r client, Defendant Ilya Kisele.

Sincerely,
Miriam Go

Reply Forward

Gmail

in:sent

Upgrade

Compose

Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 1
More

Labels +

42 of 59

**Miriam Goldberg** <goldbergvsteachbk@gmail.com>
to reklama.kiselev

Sun, May 31, 1:37 PM

from: **Miriam Goldberg** <goldbergvsteachbk@gmail.com>
to: reklama.kiselev@yandex.ru
date: May 31, 2026, 1:37 PM
subject: URGENT / FINAL MEET AND CONFER: Non-Compliance with Sanctions Order (Case No. 3:24-cv-04525)
mailed-by: gmail.com

Mr. Kiselev,

I am writing to foll[...]der (Docket No. 84) directing you to pay $4,772.50 in attorney's fees.

The May 26 dead[...]y former attorney James Slater in response to his request regarding paying attorney fees, stating *"I ow*

Pursuant to N.D.[...]hout judicial intervention.

If you do not contact me via email within 48 hours (by June 2, 2026, at 5:00 PM PST) to arrange payment of the $4,772.50 in full, or to propose a reasonable payment plan, I will immediately file a Motion for an Order to Show Cause Re: Civil Contempt and Further Sanctions under FRCP 37(b)(2). I will ask the Court to impose coercive daily fines and evidentiary or terminating sanctions against you.

If you wish to resolve this matter without a motion, you must respond to this email with written confirmation of your payment arrangements within the next 48 hours.

Miriam Goldberg (a.k.a. Marina Sokolovskaya)

**Miriam Goldberg** <goldbergvsteachbk@gmail.com>
to avorobets

May 31, 2026, 1:54 PM

Dear Ms. Vorobets,

I am forwarding you this correspondence pursuant to the Court's order. Please see the below email sent to your former client, Defendant Ilya Kisele.

Sincerely,
Miriam Goldberg, Plaintiff pro se

Reply Forward

# EXHIBIT F


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
31 of
Motion for order to show cause
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to reklama.kiselev, burtsev.andrey@gmail.com, avorobets
Fri, Jun 5, 11:42 AM
Enclosed, find a copy of the motion for order to show cause.
Attorney Alla Vorobets is cc'ed on this email as per the standing court order.
One attachment • Scanned by Gmail
Add to Drive
MOTION FOR OR...
Reply
Reply all
Forward


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
Motion for order to show cause
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to reklama.kiselev, burtsev.andrey@gmail.com, avorobets
Enclosed, find a copy of the motion for order to show c
Attorney Alla Vorobets is cc'ed on this email as per the
from: Miriam Goldberg <goldbergvsteachbk@gmail.com>
to: reklama.kiselev@yandex.ru,
"burtsev.andrey@gmail.com" <burtsev.andrey@gmail.com>,
avorobets@vorobetslaw.com
date: Jun 5, 2026, 11:42 AM
subject: Motion for order to show cause
mailed-by: gmail.com
One attachment • Scanned by Gmail
MOTION FOR OR...
Reply
Reply all
Forward


U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
9589 0710 5270 3001 6553 13
Rocklin, CA 95765
$5.30
$2.72
$8.02
06/05/2026
PS Form 3800, January 2023
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
9589 0710 5270 3001 6553 06
Rocklin, CA 95765
$5.30
$2.72
$8.02
UNITED STATES POSTAL SERVICE.
KINGSWAY
1610 E 19TH ST STE 1
BROOKLYN, NY 11229-9993
www.usps.com
06/05/2026 12:38 PM
TRACKING NUMBERS
9589 0710 5270 3001 6553 06
9589 0710 5270 3001 6553 13
TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)
TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply
TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available
PURCHASE DETAILS
Product Qty Unit Price Price
First-Class Mail® 1 $2.72
Large Envelope
Rocklin, CA 95765
Weight: 0 lb 4.80 oz
Estimated Delivery Date
Wed 06/10/2026
Certified Mail® $5.30
Tracking #:
9589 0710 5270 3001 6553 06
Total $8.02
First-Class Mail® 1 $2.72
Large Envelope
Rocklin, CA 95765
Weight: 0 lb 5.00 oz
Estimated Delivery Date
Wed 06/10/2026
Certified Mail® $5.30
Tracking #:
9589 0710 5270 3001 6553 13
Total $8.02
Grand Total: $16.04
Debit Card Remit $16.04
Card Name: VISA
Account #: XXXXXXXXXXXX6509
Approval #: 695687
Transaction #: 883
Receipt #: 046961
Debit Card Purchase: $16.04
AID: A0000000980840 Chip
AL: US DEBIT
PIN: Verified
TO REPORT AN ISSUE
Visit https://emailus.usps.com
All hazardous labels/markings on reused
boxes MUST be completely

# EXHIBIT G


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
Motion for leave to file supplemental complaint
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to reklama.kiselev, burtsev.andrey@gmail.com, avorobets
Tue, Jun 16, 1:43 AM
Attached, find the motion for leave to file supplemental complaint with attachments.
4 Attachments • Scanned by Gmail
Add all to Drive
Proof of service f...
Proposed Order f...
Declaration in su...
Motion for leave t...


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
Motion for leave to file supplemental complaint
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to reklama.kiselev, burtsev.andrey@gmail.com, avorobets
Attached, find the motion for leave to file supplemental
4 Attachments • Scanned by Gmail
from: Miriam Goldberg <goldbergvsteachbk@gmail.com>
to: reklama.kiselev@yandex.ru, "burtsev.andrey@gmail.com" <burtsev.andrey@gmail.com>
cc: avorobets@vorobetslaw.com
date: Jun 16, 2026, 1:43 AM
subject: Motion for leave to file supplemental complaint
mailed-by: gmail.com
Proof of service f...
Proposed Orde...


U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®
OFFICIAL USE
Certified Mail Fee
$5.30
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy)
Return Receipt (electronic)
Certified Mail Restricted Delivery
Adult Signature Required
Adult Signature Restricted Delivery
Postage
$0.78
Total Postage and Fees
$6.08
Postmark Here
06/16/2026
Sent To
Andrey Burtsev
Street and Apt. No., or PO Box No.
1427 Meridian Way
City, State, ZIP+4®
Rocklin CA 95765
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions
9589 0710 5270 3190 2262 92
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®
OFFICIAL USE
Certified Mail Fee
$5.30
Postage
$0.78
Total Postage and Fees
$6.08
Postmark Here
06/16/2026
Sent To
Ilya Kiselev 3226 Meridian Way # 1224 Rocklin CA 95765
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions
9589 0710 5270 3190 2262 19

# EXHIBIT H


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
granted motions
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to burtsev.andrey@gmail.com
Sat, Jul 25, 10:33 AM
One attachment • Scanned by Gmail
Add to Drive
gov.uscourts.can...
Reply
Forward


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
granted motions
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to burtsev.andrey@gmail.com
Show details
from: Miriam Goldberg <goldbergvsteachbk@gmail.com>
to: "burtsev.andrey@gmail.com" <burtsev.andrey@gmail.com>
date: Jul 25, 2026, 10:33 AM
subject: granted motions
mailed-by: gmail.com
One attachment • Scan
gov.uscourts.can...
Reply
Forward


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
15 of
granted motions
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to reklama.kiselev
Sat, Jul 25, 10:33 AM
One attachment • Scanned by Gmail
Add to Drive
gov.uscourts.can...
Reply
Forward


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
granted motions
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to reklama.kiselev
from: Miriam Goldberg <goldbergvsteachbk@gmail.com>
to: reklama.kiselev@yandex.ru
date: Jul 25, 2026, 10:33 AM
subject: granted motions
mailed-by: gmail.com
One attachme
gov.uscourts.can...
Reply
Forward

# EXHIBIT I


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
(no subject)
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to avorobets, burtsev.andrey, reklama.kiselev
Sat, Aug 1,
One attachment • Scanned by Gmail
Add to Drive
PDF
SUPPLEMENTAL ...
Reply
Reply all
Forward


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
(no subject)
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to avorobets, burtsev.andrey, reklama.kiselev
from: Miriam Goldberg <goldbergvsteachbk@gmail.com>
to: avorobets@vorobetslaw.com, burtsev.andrey@gmail.com, reklama.kiselev@yandex.ru
date: Aug 1, 2026, 1:09 AM
mailed-by: gmail.com
One attachment • Scanned by Gmail
PDF
SUPPLEMENTAL ...
Reply
Reply all
Forward

# EXHIBIT J


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
11 of
(no subject)
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to reklama.kiselev, burtsev.andrey, avorobets
Wed, Aug 12, 11:10 PM
4 Attachments • Scanned by Gmail
Add all to Drive
Noncompliance N...
Proposed Order r...
Declaration Miria...
Certificate of Ser...
Reply
Reply all
Forward


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
(no subject)
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to reklama.kiselev, burtsev.andrey, avorobets
from: Miriam Goldberg <goldbergvsteachbk@gmail.com>
to: reklama.kiselev@yandex.ru, burtsev.andrey@gmail.com, avorobets@vorobetslaw.com
date: Aug 12, 2026, 11:10 PM
mailed-by: gmail.com
4 Attachments • Scanned by Gmail
Noncompliance N...
Proposed Order r...
Declaration Miria...
Certificate of Ser...
Reply
Reply all
Forward

# EXHIBIT K


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
8 of
(no subject)
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to burtsev.andrey, reklama.kiselev
Wed, Aug 19, 10:16 PM
4 Attachments • Scanned by Gmail
Add all to Drive
Declaration of Mi...
Proposed Order R...
Certificate of Ser...
MOTION FOR SA...
Reply
Reply all
Forward


Gmail
in:sent
Compose
Inbox 15
Starred
Snoozed
Sent
Drafts 10
Purchases 2
More
Labels
(no subject)
Miriam Goldberg <goldbergvsteachbk@gmail.com>
to burtsev.andrey, reklama.kiselev
from: Miriam Goldberg <goldbergvsteachbk@gmail.com>
to: burtsev.andrey@gmail.com,
reklama.kiselev@yandex.ru
date: Aug 19, 2026, 10:16 PM
mailed-by: gmail.com
4 Attachments • Scanned b
Declaration of Mi...
Proposed Order R...
Certificate of Ser...
MOTION FOR SA...
Reply
Reply all
Forward

# EXHIBIT L

## USPS Tracking®

FAQs >

Tracking Number:

**9589071052703190226226**

Remove ✕

Copy Add to Informed Delivery

### Latest Update

Your item was refused by the addressee at 9:55 am on June 24, 2026 in ROCKLIN, CA 95677 and is being returned to the sender.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Alert

**Refused**

ROCKLIN, CA 95677
June 24, 2026 9:55 AM

**Refused**

ROCKLIN, CA 95765
June 22, 2026 1:48 PM

**Arrived at USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
June 21, 2026 6:36 AM

**Arrived at USPS Facility**

MID NY DISTRIBUTION CENTER

**Arrived at USPS Facility**
SACRAMENTO CA DISTRIBUTION CENTER
June 21, 2026 6:36 AM

**Arrived at USPS Facility**
MID NY DISTRIBUTION CENTER
June 16, 2026 11:18 PM

**Departed Post Office**
BROOKLYN, NY 11235
June 16, 2026 5:04 PM

**USPS in possession of item**
BROOKLYN, NY 11235
June 16, 2026 4:30 PM

Hide Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

# USPS Tracking®

FAQs ›

Remove ✕

Tracking Number:

**9589071052703190226219**

Copy    Add to Informed Delivery

## Latest Update

Your item arrived at our BROOKLYN NY DISTRIBUTION CENTER origin facility on July 15, 2026 at 9:14 am. The item is currently in transit to the destination.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## On the Way

**Arrived at USPS Facility**

BROOKLYN NY DISTRIBUTION CENTER
July 15, 2026 9:14 AM

**Unclaimed/Being Returned to Sender**

ROCKLIN, CA 95677
July 7, 2026 9:52 AM

**Refused**

ROCKLIN, CA 95765
June 22, 2026 1:28 PM

**Arrived at USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
June 20, 2026 10:55 AM

**Refused**
ROCKLIN, CA 95765
June 22, 2026 1:28 PM

**Arrived at USPS Facility**
SACRAMENTO CA DISTRIBUTION CENTER
June 20, 2026 10:55 AM

**Arrived at USPS Facility**
MID NY DISTRIBUTION CENTER
June 16, 2026 11:19 PM

---

**Departed Post Office**
BROOKLYN, NY 11235
June 16, 2026 5:04 PM

**USPS in possession of item**
BROOKLYN, NY 11235
June 16, 2026 4:29 PM

Hide Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**


From: Miriam Goldberg
1637 West 2nd street
Brooklyn NY 11223
9589 0710 5270 3190 2262 26
To: Ilya Kiselev
Rocklin
Retail
U.S. POSTAGE PAID
FCM LETTER
BROOKLYN, NY 112
JUN 16, 2026
95765
$5.30
RDC 99
S2324H502880-15
NIXIE 957 CC 1 0106/25/26
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 11223162337 *2472-01851-25-45
FOREVER / U

# EXHIBIT M

## USPS Tracking®

FAQs ›

Tracking Number:

**9589071052703001655313**

Copy     Add to Informed Delivery

Remove ✕

### Latest Update

Your item arrived at our BROOKLYN NY DISTRIBUTION CENTER origin facility on July 20, 2026 at 10:08 am. The item is currently in transit to the destination.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### On the Way

**Arrived at USPS Facility**

BROOKLYN NY DISTRIBUTION CENTER
July 20, 2026 10:08 AM

**Unclaimed/Being Returned to Sender**

ROCKLIN, CA 95677
June 24, 2026 9:43 AM

**Reminder to Schedule Redelivery of your item**

June 14, 2026

**Notice Left (No Authorized Recipient Available)**

ROCKLIN, CA 95765

**Unclaimed/Being Returned to Sender**
ROCKLIN, CA 95677
June 24, 2026 9:43 AM

**Reminder to Schedule Redelivery of your item**
June 14, 2026

**Notice Left (No Authorized Recipient Available)**
ROCKLIN, CA 95765
June 9, 2026 12:27 PM

**Arrived at USPS Facility**
SACRAMENTO CA DISTRIBUTION CENTER
June 8, 2026 2:19 PM

**Arrived at USPS Facility**

---

MID NY DISTRIBUTION CENTER
June 6, 2026 7:00 PM

**Departed Post Office**
BROOKLYN, NY 11229
June 5, 2026 5:01 PM

**USPS in possession of item**
BROOKLYN, NY 11229
June 5, 2026 12:36 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

# USPS Tracking®

FAQs ›

Tracking Number:

**9589071052703001655306**

Copy    Add to Informed Delivery

Remove ✕

## Latest Update

Your item arrived at our BROOKLYN NY DISTRIBUTION CENTER origin facility on July 20, 2026 at 10:10 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## On the Way

**Arrived at USPS Facility**

BROOKLYN NY DISTRIBUTION CENTER
July 20, 2026 10:10 AM

**Unclaimed/Being Returned to Sender**

ROCKLIN, CA 95677
June 24, 2026 9:43 AM

**Reminder to Schedule Redelivery of your item**

June 14, 2026

**Notice Left (No Authorized Recipient Available)**

ROCKLIN, CA 95765
June 9, 2026 12:32 PM

**Unclaimed/Being Returned to Sender**
ROCKLIN, CA 95677
June 24, 2026 9:43 AM

**Reminder to Schedule Redelivery of your item**
June 14, 2026

**Notice Left (No Authorized Recipient Available)**
ROCKLIN, CA 95765
June 9, 2026 12:32 PM

**Arrived at USPS Facility**
SACRAMENTO CA DISTRIBUTION CENTER
June 8, 2026 2:19 PM

**Arrived at USPS Facility**

MID NY DISTRIBUTION CENTER
June 6, 2026 7:00 PM

**Departed Post Office**
BROOKLYN, NY 11229
June 5, 2026 5:01 PM

**USPS in possession of item**
BROOKLYN, NY 11229
June 5, 2026 12:35 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

# EXHIBIT N


To judge what is one
3:51
ICU is the same
97
48
ago
Andrey Burtsev
last seen 3 minutes ago
It's very strange
March 24
4:46 PM
August 31
Marina, hello.
Regardless of our current relationship and the ongoing dispute, I decided to write to you personally.
I saw the latest short published on our channel. I want to make it clear that its publication was not my initiative, I did not coordinate this video, and I had no involvement in its preparation or publication.
At the same time, I do not want to use this message to discuss the content of the video, evaluate the actions of any of the participants in the conflict, or analyze who responded to whose statements.
I want to make it clear that I have no interest in continuing this public exchange of mutual attacks and do not wish to contribute to the further escalation of this situation. I have long been tired of this conflict, and I would be glad if the public exchange of such "pleasantries" would somehow cease.
understand UTO OTo message soon
the way you mention me in public.
That's no less important to me bide nadramugo


3:52
arrange further
situations. Me
escalation
for a long time
ass if
48
shy
Andrey Burtsev
last seen 3 minutes ago
"pleasantries" somehow stopped.
August 31
I understand that this message likely won't change your
attitude toward me or how you mention me publicly. However, it was important for me to
clearly state my position and separate it from this specific
publication.
I'm not trying to take sides with this message. I simply don't
want to be a participant in any further public
development of this conflict.
3:28 PM


3:51
48
Andrey Burtsev
last seen 3 minutes ago
Это очень странно,
March 24
4:46 PM
August 31
Марина, приветствую.
Независимо от наших нынешних отношений и продолжающегося спора, решил все же написать тебе лично.
Я увидел последний шорт, опубликованный на нашем канале. Хочу отдельно обозначить, что его публикация не была моей инициативой, со мной этот ролик не согласовывался, и к его подготовке или публикации я отношения не имел.
При этом я не хочу обсуждать этим сообщением содержание ролика, оценивать действия кого-либо из участников конфликта или разбирать, кто и на чьи высказывания отвечал.
Я хочу обозначить исключительно свою позицию, что я не заинтересован в продолжении публичного обмена взаимными выпадами и не хочу со своей стороны способствовать дальнейшей эскалации этой ситуации. Меня давно утомил этот конфликт, и я был бы рад, если бы публичный обмен подобными «любезностями» как-то прекратился.
Message
того, как ты упоминаешь меня публично.


3:52
97
48
Andrey Burtsev
last seen 3 minutes ago
«любезностями» как-то прекратился.
August 31
Понимаю, что это сообщение, скорее всего, не изменит твоего отношения ко мне или того, как ты упоминаешь меня публично. Тем не менее мне было важно напрямую обозначить свою позицию и отделить ее от конкретной публикации.
Я не пытаюсь этим сообщением занять чью-либо сторону. Я лишь не хочу быть участником дальнейшего публичного развития этого конфликта.
3:28 PM